25cv6598PV

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
OCT 2 2 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## FORM TO BE USED IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice for further information.

## 1. CAPTION OF ACTION

**A.      Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Kenneth Smith DIN 20A0118

2.

### -VS-

**B.      Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must be stated in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Super Intendent J. Wolcott

2. Assistant Deputy Super Intendent For mental Health

X Program R-Zywar

4. Attica Department of mental Health

5. ms. D. Tetro unit Chief of mental Health

6. ms. Hall mental Health counselor

7. Clerical of mental Health Department

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Kenneth Smith DIN 20A0118

Present Place of Confinement & Address: Attica Correctional Facility
639 Exchange Street, Attica, NY 14011-0149

Name and Prisoner Number of Plaintiff:

Present Place of Confinement & Address:

<u>DEFENDANT'S INFORMATION</u>  NOTE:  *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Super INTENDENT JoinblcoTT

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in _____ Individual and/or ___V___ Official Capacity

Address of Defendant: Attica correcTional Facilty, 639, ExcHange StreeT, ATTica, N.Y, 14011

Name of Defendant: ASSISTANT DePuTy SuPer INTENDENT For menTal HealTh program S-ZYNAR

(If applicable) Official Position of Defendant: For menTal HealTh program

(If applicable) Defendant is Sued in ___V___ Individual and/or ___V___ Official Capacity

Address of Defendant: ATTica correcTional Facility, 639 ExcHange STreet, ATTica, N.Y, 14011

Name of Defendant: ms. PJTETRO uNIT cHEF, ms. Hall menTal HealTh counselor AND cleRical

(If applicable) Official Position of Defendant: members of menTal HealTh DeparTment

(If applicable) Defendant is Sued in ___V___ Individual and/or ___V___ Official Capacity

Address of Defendant: ATTica correcTional Facility, 639 ExcHange STreet, ATTica, N.Y, 14011

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
      Yes_____  No _V_

<u>If Yes, complete the next section.</u>  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

2.    Court (if federal court, name the district; if state court, name the county): _____

3.    Docket or Index Number: _____

4.    Name of Judge to whom case was assigned: _____

5.     The approximate date the action was filed:_____

6.     What was the disposition of the case?

          Is it still pending?  Yes_____  No_____

              If not, give the approximate date it was resolved._____

          Disposition (check the statements which apply):

          _____ Dismissed (check the box which indicates why it was dismissed):

              _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

              _____ By court for failure to exhaust administrative remedies;

              _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

              _____ By court due to your voluntary withdrawal of claim;

          _____ Judgment upon motion or after trial entered for

              _____ plaintiff

              _____ defendant.

**B.**     Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

          Yes_____  No_____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.     Name(s) of the parties to this other lawsuit:

          Plaintiff(s):_____

          _____

          Defendant(s):_____

          _____

2.     District Court:_____

3.     Docket Number:_____

4.     Name of District or Magistrate Judge to whom case was assigned:_____

     _____

5.     The approximate date the action was filed:_____

6.     What was the disposition of the case?

          Is it still pending?  Yes_____  No_____

              If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

     _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

     _____ By court for failure to exhaust administrative remedies;

     _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

     _____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

     _____ plaintiff

     _____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| • Religion | • Access to the Courts | • Search & Seizure |
| • Free Speech | • False Arrest | • Malicious Prosecution |
| • Due Process | • Excessive Force | • Denial of Medical Treatment |
| • Equal Protection | • Failure to Protect | • Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

**A. FIRST CLAIM:** On (date of the incident) MAY/23/2025

defendant (give the **name and position held** of **each defendant** involved in this incident) DEFENDANT(S) JANOICOTT SUPER INTENDENT, DEFENDANT(S) S. ZYWAR ASSISTANT DEPUTY SUPER INTENDENT FOR MENTAL HEALTH PROGRAMS, DEFENDANT(S) MS. D. TETRO UNIT CHIEF AND MS. HALL MENTAL HEALTH COUNSELOR AND CLERICAL FOR MENTAL HEALTH DEPARTMENT

did the following to me (briefly state what each defendant named above did): ALL DEFENDANT(S) LISTED JANOICOTT SUPER INTENDENT, S. ZYWAR ASSISTANT DEPUTY SUPER INTENDENT FOR MENTAL HEALTH PROGRAMS, MS. D. TETRO UNIT CHIEF OF MENTAL HEALTH DEPARTMENT, MS. HALL MENTAL HEALTH COUNSELOR, AND THE CLERICAL FOR MENTAL HEALTH CAUSE ME TO LOSE MY OPPORTUNITY AT GETTING A SECOND CHANCE AT FREEDOM. BY DENYING ME ACCESS TO THE COURT. BY DENYING ME AND MY LAWYER MS. LESLIE ACCESS TO MY MENTAL HEALTH RECORDS WHEN WE REQUESTED FOR THEM BACK IN NOVEMBER TO DECEMBER OF YEAR 2024. AND NOT TO MENTION THAT MAIL ALSO WAS BEING THROWING OUT CAUSING MY LAWYER MS. LESLIE TO GET ANGRY WITH ME. SO WHEN I GET A LETTER AND A PACKET FORM MY LAWYER STATING THAT SHE CANNOT REPRESENT ME WITH JUST THE (ONE) GUIDANCE RECORDS. THAT I WOULD HAVE TO SIGN AN 'WITHDRAW' FORM WITHOUT PREJUDICE.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: SMITH CLAIM: DEFENDANT(S) FAILURE TO FOLLOW ESTABLISHED NEW YORK STATE LAW. NEW YORK CIVIL SERVICE LAW SECTON 210(1) AND NEW YORK STATE CORRECTION LAW VIOLATED PLAINTIFF CIVIL AND CONSTITUTIONAL RIGHTS AS STATED HEREIN.

The relief I am seeking for this claim is (briefly state the relief sought): 3.5 MILLION $3.500,000,00

SEE ATTACHED SHEET

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? **V** Yes _____ No   If yes, what was the result? PLAINTIFF NEVER RECEIVED ANY RESPONSES BACK FROM GRIEVANCES BACK IN NOVEMBER TO DECEMBER YEAR 2024.

Did you appeal that decision? **V** Yes _____ No   If yes, what was the result? THE PLAINTIFF SPOKE WITH THE UNIT CHIEF OF MENTAL HEALTH AND MENTAL HEALTH COUNSELOR (MS. D. TETRO UNIT CHIEF) AND (MS. HALL COUNSELOR) DATED JUNE/25,2025

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

_____

**A. SECOND CLAIM:** On (date of the incident) _____

defendant (give the **name and position held** of **each defendant** involved in this incident) _____

_____

_____

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

================================================================================

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

plaintiff seeks a civil lawsuit status and trial by jury for damages in the amount of no less then $3,500,000 ᵒᵒ Do for injuries and violations under RIUTPD and a Full accounting of all relief sought IT Please see the attached sheet

================================================================================

Do you want a jury trial?  Yes _X_  No ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7th___ __September, 2025__ _____
                              (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

KENNETH L SmiTH  DIN 20A0118  DoB 12.22.1984

*Kenneth L. Smith  DIN 20A0118  DoB 12.22.1984*

_____
                    Signature(s) of Plaintiff(s)

**SWORN TO BEFORE ME ON THIS**

__7th__ **DAY OF** __September__, 20__25__

_____
         **NOTARY PUBLIC**

Michael A Barham
Notary Public, State of New York
Reg. No. 01BA6392051
Qualified in Erie County
Commission Expires 06/03/2027

7

```
08/13/24        NYS DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    PAGE   3
                        INMATE REVIEW PACKET                    REVIEW:
DIN: 20A0118    NAME: SMITH, KENNETH                      FACILITY: CLINTON GEN
ASSIGNED ORC: PELLERIN, L            PAROLE HEARING DATE: 06/2037 INIT
REVIEW TYPE: SCHEDULED TRANSFR RVW DOB: 12/22/84 REVIEW DATES: 05/02/24-08/01/24
--------------------------------------------------------------------------------
```

SECTION III  RECLASSIFICATION GUIDELINE

G1. PUBLIC RISK SCORE:

  6  A.  CRIMINAL BEHAVIOR:

     5  INSTANT OFFENSE = 1 WEAPON YES  +  4 FORCIBLE CONTACT DEATH

     1  OTHER OFFENSE   =    WEAPON ___  +     FORCIBLE CONTACT UNKNOWN

        CRIME/DATE:  MENACING 3RD/2012

  0  B.  ESCAPE:    ABSCOND:   BAIL JUMP:    AWOL(MILITARY):    TWO+ SERIOUS:
         NONE/NEVER ON SUPERVISION: 0    SUCCESSFUL PRE-TRIAL RELEASE:

  7  C.  TIME TO EARLIEST RELEASE:  > 72 MONTHS
         POSSIBLE ADDITIONAL TIME: NONE

  1  D.  PERCENT OF TIME SERVED:   34%-67%

G2. INSTITUTIONAL RISK SCORE:

     A.  CURRENT DISCIPLINARY ADJUSTMENT:
       MOST SERIOUS    2ND MOST SERIOUS    3RD MOST SERIOUS
         4   +      4     +      0   =    8 / 3 =   3

     B.  PAST DISCIPLINARY ADJUSTMENT:
       MOST SERIOUS    2ND MOST SERIOUS    3RD MOST SERIOUS
         0   +      0     +      0   =    0 / 6 =   0

G3. OTHER SECURITY CHARACTERISTICS:

     ___            ___
     ___            ___
     ___            ___

     ___            ___
     ___            ___

G4. EXPLANATION OF OTHER CHARACTERISTICS:
  (_____ )
  (_____ )
  (_____ )

  G5. GUIDELINE RECOMMENDATION: 02 MAX B   PLACEMENT RECOMMENDATION: 02 MAX B

  G6. GUIDELINE OVERRIDE REASON: _____

  G7. ORC'S FINAL SECURITY CLASSIFICATION DECISION: 02 MAX B

## 2 CURRENT EMERGENCY CONTACT INFO

**Emergency Contact Information Changed?**
N

**Name**
NONE

**Relationship**
N/A

**Address**
N/A

**Phone**
N/A

## 3 CLEARANCE

**Outside Clearance**
Ineligible

## 4 PERSONAL DOCUMENTATION

**Social Security Card Status**
No

**Social Security Card Status Date**

**Birth Certificate Status**
Requested

**Birth Certificate Status Date**
6/11/2020

**Marriage License/Certificate Status**
Inapplicable

**Marriage License/Certificate Status Date**
5/27/2020

**DD214 Military Discharge Status**
Inapplicable

**DD214 Military Discharge Status Date**
5/27/2020

**Alien Status Letter Sent Date**

**Personal Documentation Comments**
BC REQ 6/11/20 > 120 days to ERD

## 5 PREA

**1) Do you have any concerns for your personal safety at this time?**
Not Answered

**2) Do you have any concerns regarding current sexual abuse?**
Not Answered

**3) Are you being forced to have sex in exchange for something?**
Not Answered

**4) Have you been approached to have sex with a staff person?**
Not Answered

**\*\*\*\* If the answer to questions 2, 3, or 4 is YES, ask the offender what happened, when, and who the perpetrator is. Advise the offender that you are going to report the matter and appropriate action will be taken**
?

**\*\*\*\* If the answer to questions 2, 3, or 4 is YES, you are required to immediately report this information to your S.O.R.C. and the Watch Commander whether or not the offender provides you with further details**
?

## 6 OFFENDER PRESENT FOR REVIEW

## AFFIDAVIT OF SERVICE OF MAILING

STATE OF NEW YORK             )

COUNTY OF _____ ) ss.:

_____ , being duly sworn, deposes and says:

On the _____ day of _____ , 20 _____ , I served a true copy of the

annexed _____ by mailing the same in a sealed envelope, with

postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the

State of New York, addressed to the last known addressee(s) as indicated below:

*(Insert here the name[s] and address[es] of the person[s] to whom you are mailing the papers being filed with this Court. If necessary, attach extra pages for additional names and addresses.)*

| Name & Address | Name & Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

(Signature) _____

(Print Name) _____

Sworn to before me this _____

day of _____ , _____ .

_____

Notary Public

Revised:     September 18, 2018

```
02/18/22      NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES    PAGE   3
                         INMATE REVIEW PACKET                   REVIEW: ▮▮▮▮▮
DIN: 20A0118   NAME: SMITH, KENNETH                    FACILITY: CLINTON GEN
ASSIGNED ORC: CASTINE, D▮▮▮▮▮          PAROLE HEARING DATE: 06/2037 INIT
REVIEW TYPE: SCHEDULED TRANSFR RVW DOB: 12/22/84 REVIEW DATES: 11/02/21-02/01/22
--------------------------------------------------------------------------------
SECTION III  RECLASSIFICATION GUIDELINE
```

G1. PUBLIC RISK SCORE: ▮▮▮▮

  6  A.  CRIMINAL BEHAVIOR:

     5  INSTANT OFFENSE = 1 WEAPON YES + 4 FORCIBLE CONTACT DEATH

     1  OTHER OFFENSE = WEAPON ___ + FORCIBLE CONTACT UNKNOWN

        CRIME/DATE:  MENACING 3RD/2012

  0  B. ESCAPE:    ABSCOND:    BAIL JUMP:    AWOL(MILITARY):    TWO+ SERIOUS:
        NONE/NEVER ON SUPERVISION: 0    SUCCESSFUL PRE-TRIAL RELEASE:

  7  C.  TIME TO EARLIEST RELEASE:  > 72 MONTHS
        POSSIBLE ADDITIONAL TIME: NONE

  2  D.  PERCENT OF TIME SERVED:  0%-33%

G2. INSTITUTIONAL RISK SCORE:  0

    A.  CURRENT DISCIPLINARY ADJUSTMENT:
      MOST SERIOUS    2ND MOST SERIOUS    3RD MOST SERIOUS
        0  +        0      +      0   =     0 / 3 =  0

    B.  PAST DISCIPLINARY ADJUSTMENT:
      MOST SERIOUS    2ND MOST SERIOUS    3RD MOST SERIOUS
        0  +        0      +      0   =     0 / 6 =  0

G3. OTHER SECURITY CHARACTERISTICS:

    16 ORDER OF PROTECTION      ___
    ___                 ___
    ___                 ___
    ___                 ___
    ___                 ___

G4. EXPLANATION OF OTHER CHARACTERISTICS:
( 16: ORDER OF PROTECTION ISSUED SUFFOLK COUNTY FAMILY COURT DOCKET#18800-17, )
( 18798-17, 187799-17 ISD: 11/19/2019 EXP:8/18/2021.                        )
( _____  )

  G5. GUIDELINE RECOMMENDATION: 01 MAX A    PLACEMENT RECOMMENDATION: 01 MAX A

  G6. GUIDELINE OVERRIDE REASON: _____

  G7. ORC'S FINAL SECURITY CLASSIFICATION DECISION: 01 MAX A

# Custom Fields

| PERSON | | |
|---|---|---|
| **Name:**<br>KENNETH SMITH | **NYSID:**<br>00194359N | **DIN:**<br>20A0118 |
| **SSN:** | **Race:**<br>Other | **Alternate ID:** |
| **Status:**<br>Open | **Ethnicity:**<br>Unknown | **True Name:** |
| **Date of Birth:**<br>12/22/1984 | **Agency:**<br>NYS DOCCS | |
| **Gender:**<br>Male | **Location:**<br>Clinton CF | |

| 1 PROGRAM EARNED ELIG PLAN |
|---|
| **Academic Program Need** |
| No |
| **Academic Program Status** |
| |
| **Vocational Program Need** |
| Yes |
| **Vocational Program Status** |
| PPA - Prog Partic Acceptable |
| **Work Program Need** |
| Yes |
| **Work Program Status** |
| RPL - Required Program List |
| **Substance Abuse Program Need** |
| Yes |
| **Substance Abuse Program Status** |
| RPL - Required Program List |
| **Aggression Program Need** |
| Yes |
| **Aggression Program Status** |
| RPL - Required Program List |
| **Sex Offender Program Need** |
| No |
| **Sex Offender Program Status** |
| |
| **Transitional Services 1 Need** |
| Yes |
| **Transitional Services 1 Status** |
| SAT - Satisfactory Completion |
| **Transitional Services 2 Need** |
| No |
| **Transitional Services 2 Status** |
| |
| **Transitional Services 3 Need** |
| Yes |
| **Transitional Services 3 Status** |
| RPL - Required Program List |
| **Was Form #3617 Program Refusal Notification completed for any program refusal noted above?** |
| N |
| **If Yes, Form #3617 Completed Date** |

# Case Plan for KENNETH SMITH

**NYSID:** 00194359N

**DIN:** 20A0118

**Strengths:** N/A

**Interests:** N/A

**Medical**

| GOAL: LEARN ABOUT MEDICAL CONDITION | |
|---|---|

| TASK: SEEK EDUCATION ON SYMPTOM MANAGEMENT | |
|---|---|
| **Start Date:** | 8/20/2020 |

| ACTIVITY: FOLLOW MEDICAL ADVISE | |
|---|---|
| **Start Date:** | 8/20/2020 |

**Legal affairs**

| GOAL: SENTENCE REDUCTION | |
|---|---|

| TASK: FORMULATE APPEAL | |
|---|---|
| **Start Date:** | 8/20/2020 |

| ACTIVITY: UTILIZE LAW LIBRARY AS MUCH AS POSSIBLE AND THE ASSISTANCE OF CLERKS | |
|---|---|
| **Start Date:** | 8/20/2020 |

I have read and understand my case plan and the goals that I will be working to achieve. I understand that these goals have been identified to help me succeed.

**Client Signature:** _partial review due to 6/2037 PB_    **Date:** _____

**Officer or Coordinator Signature:** ████████████████    **Date:** _5/14/21_

**Supervisor Signature:** _____    **Date:** _____

```
08/17/23        NYS DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    PAGE   2
█████████              INMATE REVIEW PACKET              REVIEW: ██████████
DIN: 20A0118    NAME: SMITH, KENNETH                    FACILITY: CLINTON GEN
ASSIGNED ORC: BEZIO, S██████████       PAROLE HEARING DATE: 06/2037 INIT
REVIEW TYPE: SCHEDULED TRANSFR RVW DOB: 12/22/84 REVIEW DATES: 05/02/23-08/01/23
-----------------------------------------------------------------------------
SECTION II   CASE MANAGEMENT INFORMATION


  5.  EMERGENCY CONTACT INFORMATION:   _ CHANGED

        CURRENT EMERGENCY CONTACT INFORMATION:
        NAME: RASHANNA LESTER                   RELATIONSHIP: COUSIN
        ADDRESS: 749 TAYLOR AVE EAST PATCHOGUE NY 11772
        PHONE:   631-687-7696
  6.  CURRENT OMH/MEDICAL/SECURITY/CMC LEVELS:
        OMH SERVICE LEVEL: ████    DATE: 08/11/2020   CMC DESIGNATION: NONE
        MEDICAL SERVICE LEVEL:█    DATE: 04/03/2023
        SECURITY LEVEL:        MAX 01 DATE: 03/05/2023
  7.  NEEDS REFERRAL: N  TO: _____
       COMMENT:(                                                              )
  8.  OUTSIDE CLEARANCE: X  INELIGIBLE
       (CHECK ONE)     _ ELIGIBLE - NOT CLEARED
                       _ ELIGIBLE - CLEARED
  9.  PERSONAL DOCUMENTATION: Y, N, R(EQUESTED), I(N/A), F(REFUSED), C(ONFIRMED)
            N    SOCIAL SECURITY CARD           __/__/__
            I    BIRTH CERTIFICATE              11/20/20
            I    MARRIAGE LICENSE/CERTIFICATE   05/27/20
            I    DD214 MILITARY DISCHARGE       05/27/20
        COMMENT:(BC=I NO MATCH, SSC ERD> 180D 8/17/23                        )

        ALIEN STATUS: _____     ALIEN STATUS DT: __/__/__
        ALIEN REVIEW STATUS: _____ ALIEN RVW STAT DT: __/__/__
        LETTER SENT: __/__/__
 10.  DO YOU HAVE ANY CURRENT CONCERNS FOR YOUR PERSONAL SAFETY? N (Y/N)
 11.  DO YOU HAVE ANY CURRENT CONCERNS REGARDING SEXUAL ABUSE?   N (Y/N)
 12.  ATTITUDE/BEHAVIOR/GOALS/COMMENTS:

            (                                                          )

            (                                                          )

            (                                                          )
 13.  INMATE PRESENT FOR REVIEW? Y (Y/N) IF NO, REASON: __ _____
-----------------------------------------------------------------------------
 NOTE: REQUESTS BY INMATES FOR INFORMATION LISTED IN THIS SECTION SHOULD BE
 HANDLED IN ACCORDANCE WITH F.O.I.L. PROCEDURES AS SET FORTH IN TITLE 7 NYCRR
 PART 5 AND DEPARTMENT DIRECTIVE 2010.

 VERIFICATION OF INFORMATION PROVIDED BY INMATE:

            (                                                          )

            (                                                          )

 VERIFIED BY: _____    DATE: __/__/__
-----------------------------------------------------------------------------
```

```
08/17/23        NYS DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    PAGE   3
██████                    INMATE REVIEW PACKET            REVIEW: ██████
DIN: 20A0118    NAME: SMITH, KENNETH                  FACILITY: CLINTON GEN
ASSIGNED ORC: BEZIO, S██████     PAROLE HEARING DATE: 06/2037 INIT
REVIEW TYPE: SCHEDULED TRANSFR RVW DOB: 12/22/84 REVIEW DATES: 05/02/23-08/01/23
```

---

SECTION III  RECLASSIFICATION GUIDELINE

G1. PUBLIC RISK SCORE: ██████

6  A.  CRIMINAL BEHAVIOR:

    5  INSTANT OFFENSE = 1 WEAPON YES  +  4 FORCIBLE CONTACT DEATH

    1  OTHER OFFENSE   =   WEAPON ___  +    FORCIBLE CONTACT UNKNOWN

       CRIME/DATE:  MENACING 3RD/2012

0  B. ESCAPE:    ABSCOND:    BAIL JUMP:    AWOL(MILITARY):   TWO+ SERIOUS:
     NONE/NEVER ON SUPERVISION: 0    SUCCESSFUL PRE-TRIAL RELEASE:

7  C.  TIME TO EARLIEST RELEASE:  > 72 MONTHS
     POSSIBLE ADDITIONAL TIME: NONE

2  D.  PERCENT OF TIME SERVED:  0%-33%

G2. INSTITUTIONAL RISK SCORE:  2

A.  CURRENT DISCIPLINARY ADJUSTMENT:

| MOST SERIOUS | 2ND MOST SERIOUS | 3RD MOST SERIOUS | |
|---|---|---|---|
| 4  + | 0  + | 0  = | 4 / 3 =  1 |

B.  PAST DISCIPLINARY ADJUSTMENT:

| MOST SERIOUS | 2ND MOST SERIOUS | 3RD MOST SERIOUS | |
|---|---|---|---|
| 4  + | 0  + | 0  = | 4 / 6 =  1 |

G3. OTHER SECURITY CHARACTERISTICS:

   ___        ___
   ___        ___
   ___

   ___        ___
   ___

G4. EXPLANATION OF OTHER CHARACTERISTICS:
( _____ )
( _____ )
( _____ )

G5. GUIDELINE RECOMMENDATION: 01 MAX A    PLACEMENT RECOMMENDATION: 01 MAX A

G6. GUIDELINE OVERRIDE REASON: _____

G7. ORC'S FINAL SECURITY CLASSIFICATION DECISION: 01 MAX A

```
08/17/23        NYS DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION      PAGE   1
                     INMATE REVIEW WORKSHEET (REPRINT)    REVIEW: █████
DIN: 20A0118    NAME: SMITH, KENNETH                   FACILITY: CLINTON GEN
ASSIGNED ORC: BEZIO, S███████        PAROLE HEARING DATE: 06/2037 INIT
REVIEW TYPE: SCHEDULED TRANSFR RVW DOB: 12/22/84 REVIEW DATES: 05/02/23-08/01/23
------------------------------------------------------------------------------
SECTION I    ASSESSMENT OF INMATE
1. PROGRAM/EARNED ELIGIBILITY PLAN
```

| | ACAD | VOCA | WORK | SUBST ABUSE | AGGR | SEX | TRANS SVC.1 | TRANS SVC.2 | TRANS SVC.3 |
|---|---|---|---|---|---|---|---|---|---|
| NEEDS | N | Y | Y | Y | Y | N | Y | N | Y |
| REVIEWS | | | | | | | | | |
| 08/22 | ____ | PPA | RPL | RPL | RPL | ____ | SAT | ____ | RPL |
| 11/22* | ____ | PPA | RPL | RPL | RPL | ____ | SAT | ____ | RPL |
| 02/23* | ____ | PPU | RPL | RPL | RPL | ____ | SAT | ____ | RPL |
| 05/23* | ____ | RPL | RPL | RPL | RPL | ____ | SAT | ____ | RPL |
| | | * - INMATE NOT PRESENT FOR THIS REVIEW | | | | | | | |
| CURRENT | ____ | ____ | ____ | ____ | ____ | ____ | ____ | ____ | ____ |

```
2. PROGRAM ASSIGNMENTS
          DATE(S)         TITLE/SHOP
     02/06/23 05/28/23  UNKNOWN
                        UNEMPLOYED/UNASSIGNED (3)
       END REASON: REACHED ON WAITING LIST
     05/29/23   /  /    RECREATION AIDE
                        RECREATION (1)
       END REASON:


     MAJOR PROGRAM ACCOMPLISHMENT(S):

          (_____)

          (_____)

          (_____)
     REFUSAL TO ACCEPT RECOMMENDED PROGRAMS:

          (_____)
3. DISCIPLINARY HISTORY (INCLUDING TIER/KEEPLOCK/SHU COUNTS)
   *PAY PARTICULAR ATTENTION TO CHARGES 101.10  101.11  101.20  101.21  101.22*
      DATE    CHARGE               PENALTY
   02/09/23  104.13  CREATE DISTURB   00M 030D  RECREATION


     TOTAL FOR THIS REVIEW PERIOD/TOTAL SINCE LAST ADMISSION:
       TIER II: 000/003  TIER III: 000/000  TOTAL DAYS KEEPLOCK/SHU: 0000/0009
     DISCIPLINARY ADJUSTMENT:

          (_____)

          (_____)

     GOAL STATEMENT: _____
------------------------------------------------------------------------------
     INMATE
     COMMENTS: (_____)

          (_____)
     I HAVE REVIEWED THE INFORMATION ON THIS FORM WITH MY CORRECTION ORC
     AND AGREE THAT IT INCLUDES THE KEY FACTS REGARDING MY PROGRAM AND
     INSTITUTIONAL RECORD.
       INMATE: 20A0118      _____        8/17/2023
               DIN                 NAME                 DATE
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
KENNETH L. SMITH    / PLAINTIFF

-AGAINST-

/ DEFENDANT.

ATTICA CORRECTIONAL FACILITY
ATTICA MENTAL HEALTH DEPARTMENT
SUPER INTENDENT J. WOLCOTT
ASSISTANT DEPUTY SUPER INTENDENT FOR MENTAL HEALTH PROGRAM
S. ZYWAR
MENTAL HEALTH DEPARTMENT CLERICAL

MS. D. TETRO UNIT CHIEF OF MENTAL HEALTH DEPARTMENT
MS. HALL MENTAL HEALTH COUNSELOR

1.) THE INSTANT CASE ARISES FROM A CIVIL LAWSUIT BEING BROUGHT BY
PLAINTIFF IN DOCCS CUSTODY WHO HAS BEEN DENIED ACCESS TO THE
COURT, AS WHILE/WELL MY FIRST, SIXTH, AND FOURTEETH AMENDMENT,
HAS BEEN VIOLATED. BY THE ACTIONS OF THE DEFENDANT(S) ATTICA
CORRECTIONAL FACILITY, ATTICA MENTAL HEALTH DEPARTMENT, SUPER INTENDENT
J. WOLCOTT, ASSISTANT DEPUTY SUPER INTENDENT FOR MENTAL HEALTH PROGRAM,
S. ZYWAR, CLERICAL FOR MENTAL HEALTH DEPARTMENT, MS. D. TETRO
UNIT CHIEF OF MENTAL HEALTH DEPARTMENT, MS. HALL MENTAL HEALTH
COUNSELOR.

2.) DUE TO THE DEFENDANT(S), THE CLERICAL IN THE MENTAL HEALTH
DEPARTMENT AND MY MENTAL HEALTH COUNSELOR MS. HALL, MS. D. TETRO
UNIT CHIEF OF MENTAL HEALTH DEPARTMENT, SUPER INTENDENT J. WOLCOTT,
AND ASSISTANT DEPUTY SUPER INTENDENT FOR MENTAL HEALTH PROGRAMS
S. ZYWAR, ACTIONS BY DENYING ME ACCESS TO THE COURT. BY NOT
SENDING MY LAWYER MS. KAREN G. LESLIE MY MENTAL HEALTH RECORDS
(EXHIBIT)(1)-I HAVE SUBMITTED A GRIEVANCE DATED-ON
DECEMBER 22 ND, 2024 AND MAY, 30, 2025 AND ANOTHER
GRIEVANCE DATED: ON JUNE, 14, 2025. WHEN I KENNETH L. SMITH
THE PLAINTIFF TRIED TO SPEAK TO MY MENTAL HEALTH COUNSELOR MS. HALL
AND MS. D. TETRO UNIT CHIEF AND CLERICAL.

3.) I THE PLAINTIFF KENNETH L.SMITH REQUESTED FOR THE DEFENDANT(S) MS.HALL TO FORWARD MY MENTAL HEALTH RECORDS. TO MY lawyer MS.LESLIE THE DEFENDANT(S) MS. HALL STATED THAT THE ONLY WAY I CAN GET MY MENTAL HEALTH RECORDS WAS IF I PAID (.75¢ cents) PER EACH PAGE (EXHIBIT)(2).

(4.) AT THE TIME OF TALKING TO THE DEFENDANT(S) MS. HALL ABOUT RELEASING MY MENTAL HEALTH RECORDS TO MY lawyer MS. LESLIE NOT ONE TIME DID THE DEFENDANT(S) MS. HALL MENTIONED ANYTHING ABOUT IT BEING THE CLERICAL JOB TO FORWARD MY MENTAL HEALTH RECORDS OVER TO MY lawyer. NOR DID THE DEFENDANT(S) MS. HALL MENTIONED ANYTHING ABOUT THE PLAINTIFF KENNETH L. SMITH NEEDING TO FILL OUT A SEPARATE (HIPPA) RELEASE FORM FOR THE DEPARTMENT OF MENTAL HEALTH.

5.) BUT INSTEAD THE DEFENDANT(S) MS. HALL WAS JUST FOCUS ON DISREGARDING THE PLAINTIFF MENTAL HEALTH RECORDS AND HIS FREEDOM. ALL THE DEFENDANT(S) AT THE ATTICA CORRECTIONAL FACILITY INTENTIONALLY DISREGARDED THE ISSUES AND PROBLEMS WITH THE PLAINTIFF MENTAL HEALTH RECORDS AND HIS FREEDOM.

6.) BY SIMPLY IGNORING THE PLAINTIFF KENNETH L. SMITH GRIEVANCE BACK IN THE MONTH OF NOVEMBER AND DECEMBER ON THE 22ND DAY IN THE YEAR OF 2024. WHICH EACH OF THE LISTED DEFENDANT(S) COULD OF AT LEAST TRIED TO RESOLVED THE ISSUES AND PROBLEMS, I KENNETH L. SMITH WAS HAVING WITH OBTAINING MY MENTAL HEALTH RECORDS.

7.) NOT TO MENTIONED THAT I KENNETH L. SMITH PLAINTIFF NEVER WENT TO A HEARING FOR THE GRIEVANCE I FILED ON DECEMBER/22ND,2024. NOR DID I KENNETH L. SMITH PLAINTIFF DIDN'T GET ANY RESPONSE BACK FROM ANY OF THE DEFENDANT(S), PERTAINING TO THE GRIEVANCE THAT WAS FILED DATE: DECEMBER/22ND/2024

-(PAGE 2.)-

8.) I KENNETH L. SMITH PLAINTIFF MUST BE VERY HONEST WITH THE COURTS. BUT THE TRUTH IS THAT I FEEL LIKE THE STAFF MEMBERS OF ATTICA CORRECTIONAL FACILITY HAVE BEEN TRYING TO SABOTAGE MY FREEDOM, SINCE I CAME TO THE ATTICA CORRECTIONAL FACILITY IN NOVEMBER OF YEAR 2024. BECAUSE MY LAWYER MS. LESLIE WOULD SEND ME THE (HIPPA) RELEASE FORMS TO FILL OUT AND THE ATTICA PRISON OFFICALS WOULD THROW OUT MY MAIL.

9.) AND MY LAWYER MS. LESLIE WOULD GET ANGRY WITH ME TO THE POINT SHE WAS THREATENING TO WITHDRAWING OFF MY CASE BECAUSE SHE THOUGHT THAT I WAS NOT COOPERATING WITH HER. WHILE THE WHOLE TIME THE ATTICA STAFF WAS THROWING OUT MY MAIL WHICH I ALSO HAD TO GRIEVED THAT ISSUE. AND OF COURSE THE ATTICA STAFF DENIED THROWING OUT MY MAIL. BUT HOW CAN THEY EXPLAIN WHY SIX OR SEVEN OF MY LEGAL MAILS GOING OUT DID NOT GET SENT OUT BECAUSE MY LAWYER HAVE NOT RECEIVED ONE LEGAL MAIL.

10.) ONCE I KENNETH L. SMITH PLAINTIFF GRIEVED IT, THATS WHEN MY MAIL STARTED TO GO OUT WITH NO PROBLEM. AND THAT IS ONE OF THE REASON WHY I BELIEVED THAT THE DEFENDANT(S) ACTIONS WAS INTENTIONAL. SO WHEN I RECEIVED A LETTER FROM MY LAWYER MS. LESLIE ON MAY, 23, 2025 SAYING THAT SHE HAVE TO WITHDRAW FROM MY CASE DUE TO LACK OF INFORMATION OR DOCUMENTS. WHICH I DISCOVERED THAT THE ATTICA CORRECTIONAL FACILITY SENT MY LAWYER (ORC) GUIDANCE RECORDS WHICH WAS (USELESS) TO MY CASE.

11.) ALL OF THE LISTED DEFENDANT(S) ABOVE KNEW THAT I NEEDED MY MENTAL HEALTH RECORDS TO HELP ME WITH MY CASE. BECAUSE I HAD FILED A GRIEVANCE IN DECEMBER, SO IF THE DEFENDANT(S) WAS DOING THEIR JOB THEY WOULD HAVE BEEN AWARE OF THIS SITUATION.

12.) WHICH IT MAKES NO SENSE TO ME ON WHY WOULD THE LISTED DEFENDANT(S) IN ATTICA CORRECTIONAL FACILITY SEND THE PLAINTIFFS LAWYER THE (ORC) GUIDANCE RECORDS. BUT DON'T SEND OUT THE MENTAL HEALTH RECORDS UNLESS IT WAS BEHIND EVIL INTENTION. AND THERE IS NO EXCUSE ON WHY NONE OF THE DEFENDANT(S) COULD HAVE RESOLVED THIS MATTER. BECAUSE ALL THE DEFENDANT(S) HAD TWO MONTHS TO GET THIS RESOLVED BEFORE THE PROTEST HAPPENED.

13.) AS I KENNETH L. SMITH PLAINTIFF STATED BEFORE I RECEIVED A LETTER FROM MY LAWYER MS. LESLIE DATED: ON MAY, 23, 2025 STATING THAT SHE WAS WITHDRAWING FROM MY CASE. AND I KENNETH L. SMITH PLAINTIFF IMMEDIATELY FELT LIKE THE LIFE IN ME WAS BEING SNATCHED OUT OF MY BODY, BECAUSE OF THOSE DEVASTATING WORDS.

14.) I KENNETH L. SMITH PLAINTIFF STATED TO SEVERAL INMATES THAT I WISH I WAS NEVER BORN. BECAUSE THEN I WOULD NOT HAVE TO WORRY ABOUT GOING THROUGH THIS SITUATION. FIGHTING FOR MY FREEDOM AND THE VERY PEOPLE WHO I AM SUPPOSE TO LOOK UP TO AND GO TO FOR HELP TURNS AROUND AND SHOOT AND STAB ME IN THE HEART. THE MOST HURTFUL THING IS THAT MOST OF THE DEFENDANTS LISTED IS APART OF MENTAL HEALTH DEPARTMENT. WHICH THEY ARE SUPPOSE TO HELP ME WITH MY MENTAL HEALTH ISSUES AND PROBLEM. NOT BECOME APART OF MY DEPRESSION AND ANXIETY AND HOPELESSNESS. OVER LOSING MY LAWYER AND A SECOND CHANCE AT FREEDOM.

15.) SO NOW AS I THE PLAINTIFF GO OVER MY LETTER AND RECORDS MY LAWYER SENT TO ME. I SOON DISCOVERED THAT MY MENTAL HEALTH RECORDS WAS NEVER SENT OUT AND THAT THE DEFENDANT(S) PREVENTED ME FROM GETTING A SECOND CHANCE OR SHOT AT GETTING RESENTENCE. AND THAT CAUSED ME TO GET VERY EMOTIONAL BECAUSE FOR MONTHS I BELIEVED THAT THE DEFENDANT(S) HAD SENT ALL MY DOCUMENTS TO MY LAWYER SO ME AND MY LAWYER CAN MOVE FORWARD WITH MY CASE. AND AS YOU CAN SEE THAT NEVER HAPPEN CAUSING MY LAWYER TO WITHDRAW FROM MY CASE BECAUSE SHE DID NOT HAVE THE DOCUMENTS SHE NEEDED TO MOVE FORWARD.

- (PAGE 4) -

16.) So I Kenneth L. Smith Plaintiff Filed A Grievance On May, 30, 2025 And Then I Filed A Second Grievance On June, 4, 2024. Mentioning To All The Defendant(s) That I Was Filing An Civil lawsuit Against All The listed Defendant(s) Associated With The Mental Health Department.

17.) On June, 25, 2025 I Kenneth L. Smith Plaintiff Had A Callout For (OMH) Mental Health. Which The Call Out Came From The Defendant(s) Ms. D. Tetro Unit Chief Of Mental Health Department And Ms. Hall My Mental Health Counselor Who I Have Not Seen Since The Time I Have Spoken To Her About Releasing My Mental Health Records To My lawyer. And That Was In December of 2024.

18.) And What I Kenneth L. Smith, Plaintiff Finds Offensive Is That I Had To Mentioned That I Was Filing A lawsuit. For The Defendant(s) Ms. Hall My Mental Health Counselor And Ms. D. Tetro Unit Chief Of The Mental Health Department And The Clerical Of The Mental Health Department. Decides Now Would Be A good Time To offer Me The Help I Was Asking For In November To December In The Year of 2024. Which I Stated To The Defendants That The Damage Is Way Passed being Fixed. I Had To Signed The withdrawal Papers And My lawyer And My Motion For Resentencing Is No More.

19.) And I Kenneth L. Smith Plaintiff Tried Several Times To Explained To The Defendant(s) Ms. Hall (Counselor) And Ms. Tetro (Unit Chief). That It Was Pointless To Send Me My Mental Health Records. After I Already lost My lawyer. Behind Not getting The Documents In The First Place.

(20.) AND I KENNETH L. Smith Plaintiff Also mentioned THAT one of the Problems was Trying To charge me (¢.75 cents) PER PAGE IS WRONG Because the medical AND mental Health CARE: Help Remedies Packet SAYS THAT INMATES IS To PAY (¢.25 cents) PER EACH photocopies.

(21.) The DEFENDANT(s) ms. Hall STATED THAT THE medical AND mental Health CARE: Help REMEDIES PACKET made FROM (PLS) PRISONERS LEGAL SERVICES IS WRONG. So I KENNETH L. Smith Plaintiff ASK THE DEFENDANT(S) ms. Hall AND ms. D. TETRO How DO THEY EXPECT FOR me To PAY (¢.75 cents) A PAGE WHEN I CAN'T EVEN AFFORD To buy THE THINGS I NEED off commissary.

(22.) The DEFENDANT(s) ms. Hall SAID SHE CAN'T ANSWER THAT But THAT'S THE PRICE. THAT'S WHEN I SAID To THE DEFENDANT(S) ms. Hall AND ms. D. TETRO you DIDN'T SEND my mental Health RECORDS out Because I couldn't AFFORD To PAY THE PRICE. AND THE DEFENDANT(S) ms. Hall SAID YES.

(23.) So ms. D. TETRO STATED To me THAT SHE will SEND me A DISBURSEMENT FORM FOR THE Amount IT COST to get my mental Health RECORDS. SHE CONTINUE To STATE THAT I KENNETH L. Smith Plaintiff HAD To Fill out AND SEND THE FORM BACK IN AND IF I DON'T HAVE THE money To PAY FOR my mental Health RECORDS. ms. D. TETRO SAID SHE will NOT CHARGE my ACCOUNT A SECOND TIME.

(24.) I KENNETH L. Smith Plaintiff EXPLAINED To THE DEFENDANT(S) ms. Hall AND ms. D. TETRO THAT IT makes No SENSE To get my mental Health RECORDS Now Because I HAD To SIGN A RELEASE FORM To withdrawl my lawyer. DUE To LACK of DOCUMENTS.

(25.) AND THIS COULD HAVE BEEN RESOLVED IF ONLY PERSON OUT OF ALL THE DEFENDANT(S) DIDN'T IGNORED MY GRIEVANCES. BUT INSTEAD ALL THE DEFENDANT(S) IN ATTICA CORRECTIONAL FACILITY, ATTICA MENTAL HEALTH DEPARTMENT, THE SUPER INTENDENT J. WOLCOTT AND ASSISTANT DEPUTY SUPER INTENDENT FOR MENTAL HEALTH S. ZYWAR, THE CLERICAL FOR MENTAL HEALTH AND MS. D. TETRO UNIT CHIEF OF MENTAL HEALTH DEPARTMENT AND MS. HALL MENTAL HEALTH COUNSELOR.

(26.) DECIDED THAT MY FREEDOM WAS NOT IMPORTANT AND THEREFORE ALL THE DEFENDANT(S) CHOOSE WITH THEIR OWN FREE WILL TO IGNORED MY GRIEVANCES AND MY COMPLAINTS

(27.) I KENNETH L. SMITH PLAINTIFF SHOULD NOT HAVE TO MENTIONED FILING A LAWSUIT TO GET THE PROPER ASSISTANCE FROM THE DEFENDANT(S). WHEN IT SHOULD HAVE NOT BEEN ANY PROBLEM FORWARDING MY MENTAL HEALTH RECORDS TO MY LAWYER. WHEN THE DEFENDANT(S) CLEARLY FORWARD MY (ORC) GUIDANCE RECORDS WITHOUT A PROBLEM.

(28.) THE DEFENDANT(S) ACTION CAUSE ME TO GO INTO A DEEP DEPRESSION AND A LOST OF HOPELESSNESS. NOT TO MENTIONED THE ANXIETY I HAD OVER LOSING MY LAWYER AND THE OPPORTUNITY AT GETTING A SECOND CHANCE AT RESENTENCING.

(29.) IT IS HARD DOING TIME IN PRISON ESPECIALLY WHEN I DON'T HAVE NO SUPPORT SYSTEM. SO WHEN THE VERY PEOPLE I TRUSTED AND BELIEVE IN, TURNS AROUND AND TELLS ME THAT I AM NOTHING BUT A loser AND A CRIMINAL WHO DON'T DESERVED TO BE FREE FROM PRISON. AND THAT HURTS my FEELINGS.

(30) AND THAT DIDN'T COME FROM THE DEFENDANT(S) mouth, IT CAME FROM THE DEFENDANT(S) ACTIONS

(31.) I KENNETH L. Smith PLAINTIFF IS ASKING FOR COMPENSATORY To REPAY THE HARM THE DEFENDANT(S) CAUSE. LIKE lost WAGES AND REPUTATUTIONAL HARM, AND EMOTIONAL DURESS. I AM ASKING FOR 3-5 MILLION (3,500,000.00) FOR COMPENSATORY DAMAGES. AND FOR lost AND DAMAGE RELATIONSHIP. AND I AM ALSO ASKING FOR $500,000. FOR PUNITIVE DAMAGES.

(32.) I KENNETH L. Smith PLAINTIFF WOULD like TO THANK THE COURTS FOR THEIR TIME AND EFFORTS.

Sworn before me on
7th day of September, 2025

NOTARY

Michael A Barham
Notary Public, State of New York
Reg. No. 01BA6392051
Qualified in Erie County
Commission Expires 06/03/2027

Page 8

| 7. REVIEWER INFORMATION |
|---|
| **GNC Review Number** |
| ▆▆▆▆ |
| **Review is Complete?** |
| Yes |
| **Counselor Code** |
| ▆▆▆ |

yellow 2

# Case Plan for KENNETH SMITH

**NYSID:** 00194359N

**DIN:** 20A0118

**Strengths:** N/A

**Interests:** N/A

**Medical**

GOAL: LEARN ABOUT MEDICAL CONDITION

TASK: SEEK EDUCATION ON SYMPTOM MANAGEMENT

| Start Date: | 8/20/2020 |
|---|---|
| Task Notes: | 8/23/2021: Addressing through medical, facility staff requested surgery and Albany denied it. State issued boots are extremely uncomfortable for him and he continues to address through medical |

ACTIVITY: FOLLOW MEDICAL ADVISE

| Start Date: | 8/20/2020 |
|---|---|

**Legal affairs**

GOAL: SENTENCE REDUCTION

TASK: FORMULATE APPEAL

| Start Date: | 8/20/2020 |
|---|---|

ACTIVITY: UTILIZE LAW LIBRARY AS MUCH AS POSSIBLE AND THE ASSISTANCE OF CLERKS

| Start Date: | 8/20/2020 |
|---|---|

ACTIVITY: WORKING ON OBTAINING A LAWYER

| Start Date: | 8/23/2021 |
|---|---|

**Use of Leisure/Recreation Time**

GOAL: DEVELOP POSITIVE ACTIVITIES

TASK: CONTINUE CREATIVE ACTIVITIES

| Start Date: | 2/17/2022 |
|---|---|

ACTIVITY: WORK ON HIS APPEAL MONTHLY

| Start Date: | 2/17/2022 |
|---|---|

Northpointe Suite version 8.21.1.16674 ©2022 Northpointe Inc., an equivant company. All rights reserved.

## 2 CURRENT EMERGENCY CONTACT INFO

**Emergency Contact Information Changed?**
N

**Name**
NONE

**Relationship**
N/A

**Address**
N/A

**Phone**
N/A

## 3 CLEARANCE

**Outside Clearance**
Ineligible

## 4 PERSONAL DOCUMENTATION

**Social Security Card Status**
No

**Social Security Card Status Date**

**Birth Certificate Status**
Inapplicable

**Birth Certificate Status Date**
11/20/2020

**Marriage License/Certificate Status**
Inapplicable

**Marriage License/Certificate Status Date**
5/27/2020

**DD214 Military Discharge Status**
Inapplicable

**DD214 Military Discharge Status Date**

**Alien Status Letter Sent Date**

**Personal Documentation Comments**
BC=I NO MATCH, SSC>120D TO ERD, SINGLE, AND NON-VET

## 5 PREA

**1) Do you have any concerns for your personal safety at this time?**
Not Answered

**2) Do you have any concerns regarding current sexual abuse?**
Not Answered

**3) Are you being forced to have sex in exchange for something?**
Not Answered

**4) Have you been approached to have sex with a staff person?**
Not Answered

**\*\*\*\* If the answer to questions 2, 3, or 4 is YES, ask the offender what happened, when, and who the perpetrator is. Advise the offender that you are going to report the matter and appropriate action will be taken**
?

**\*\*\*\* If the answer to questions 2, 3, or 4 is YES, you are required to immediately report this information to your S.O.R.C. and the Watch Commander whether or not the offender provides you with further details**
?

## 6 OFFENDER PRESENT FOR REVIEW

# Case Plan for KENNETH SMITH

**NYSID**: 00194359N

**DIN**: 20A0118

**Strengths**: N/A

**Interests**: N/A

**Medical**

GOAL: TO COMPLY WITH FOLLOW UP DIRECTIONS FROM RECENT SURGERY.

⊖ GOAL: LEARN ABOUT MEDICAL CONDITION

| Completion Date: | 8/5/2022 (Withdrawn) |
|---|---|

TASK: SEEK EDUCATION ON SYMPTOM MANAGEMENT.

| Start Date: | 8/20/2020 |
|---|---|
| End Date: | 8/5/2022 (Closed) |
| Task Notes: | 8/23/2021: Addressing through medical, facility staff requested surgery and Albany denied it. State issued boots are extremely uncomfortable for him and he continues to address through medical |

ACTIVITY: FOLLOW MEDICAL ADVISE

| Start Date: | 8/20/2020 |
|---|---|
| End Date: | 8/5/2022 (Closed) |

**Legal affairs**

GOAL: SENTENCE REDUCTION

TASK: FORMULATE APPEAL

| Start Date: | 8/20/2020 |
|---|---|

ACTIVITY: OBTAIN LAW LIBRARY CALLOUTS AS NEEDED.

| Start Date: | 8/17/2023 |
|---|---|

ACTIVITY: UTILIZE LAW LIBRARY AS MUCH AS POSSIBLE AND THE ASSISTANCE OF CLERKS.

| Start Date: | 8/20/2020 |
|---|---|
| End Date: | 8/5/2022 (Closed) |
| Activity Notes: | 8/5/2022: Not utilizing law library at this time. |

ACTIVITY: KEEP COMMUNICATION OPEN WITH ATTORNEY.

| Start Date: | 8/5/2022 |
|---|---|
| End Date: | 8/17/2023 (Closed) |

Northpointe Suite version 8.22.1.16690 ©2024 Northpointe Inc., an equivant company. All rights reserved.

| ✔ ACTIVITY: WORKING ON OBTAINING A LAWYER | |
|---|---|
| Start Date: | 8/23/2021 |
| End Date: | 8/5/2022 (Successful) |
| Activity Notes: | 8/5/2022: Has obtained lawyer. |

**Use of Leisure/Recreation Time**

| GOAL: DEVELOP POSITIVE ACTIVITIES | |
|---|---|

| TASK: CONTINUE CREATIVE ACTIVITIES | |
|---|---|
| Start Date: | 2/17/2022 |

| ACTIVITY: WORK ON HIS APPEAL MONTHLY | |
|---|---|
| Start Date: | 2/17/2022 |
| Activity Notes: | 8/5/2022: Appropriate, continue through to next quarter. 2/7/2024: 2/7/24 He will continue to work on the appeal as his paperwork gets processed. |

**Pro-social Development**

| GOAL: DEVELOP ANGER MANAGEMENT STRATEGIES | |
|---|---|

| TASK: SEEK OUT COUNSELING | |
|---|---|

| GOAL: DEVELOP POSITIVE RELATIONSHIPS | |
|---|---|

| TASK: INCREASE COMMUNICATION WITH POSITIVE PEERS AND FAMILY MEMBERS. | |
|---|---|
| Start Date: | 8/17/2023 |

| ACTIVITY: IDENTIFY POSITIVE PEERS | |
|---|---|
| Start Date: | 8/17/2023 |
| Activity Notes: | 5/2/2024: 5/2/24 ongoing activity |

| ✔ TASK: COMPLY WITH RULES AND REGULATIONS | |
|---|---|
| Start Date: | 2/17/2022 |
| End Date: | 8/17/2023 (Closed) |

| ✔ ACTIVITY: CONTINUE TO FOCUS ON SPIRITUALITY AND READING THE BIBLE. | |
|---|---|
| Start Date: | 8/5/2022 |
| End Date: | 8/17/2023 (Closed) |

| ✔ ACTIVITY: AVOID MBRS FOR THE QUARTER | |
|---|---|
| Start Date: | 2/17/2022 |
| End Date: | 8/5/2022 (Successful) |

**Education/Vocation**

Northpointe Suite version 8.22.1.16690 ©2024 Northpointe Inc., an equivant company. All rights reserved.

**Offender Present for Review?**
No - 06 Special Program

## 7 REVIEWER INFORMATION

**GNC Review Number**
█████████

**Review is Complete?**
Yes

**Counselor Code**
█████

*yellow*
*3*

```
02/02/21       NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES    PAGE  1
                         INMATE REVIEW PACKET                 REVIEW: ▮▮▮▮▮▮
DIN: 20A0118    NAME: SMITH, KENNETH                    FACILITY: CLINTON GEN
ASSIGNED ORC: RANKIN, B▮▮▮            PAROLE HEARING DATE: 06/2037 INIT
REVIEW TYPE: SCHEDULED TRANSFR RVW DOB: 12/22/84 REVIEW DATES: 11/02/20-02/01/21
------------------------------------------------------------------------
SECTION I     ASSESSMENT OF INMATE
1. PROGRAM/EARNED ELIGIBILITY PLAN
                               SUBST                  TRANS  TRANS  TRANS
               ACAD   VOCA   WORK  ABUSE   AGGR   SEX  SVC.1  SVC.2  SVC.3
    NEEDS       N      Y      Y      Y      Y      N     Y      N      Y
    REVIEWS
    08/20      ____    PPA    PPA    RPL    RPL   ____   SAT   ____   RPL
    11/20*     ____    RPL    PPA    RPL    RPL   ____   SAT   ____   RPL
    11/20      ____    PPA    PPA    RPL    RPL   ____   SAT   ____   RPL
    11/20      ____    PPA    PPA    RPL    RPL   ____   SAT   ____   RPL
             * - INMATE NOT PRESENT FOR THIS REVIEW
    CURRENT   ____    RPL    PPA    RPL    RPL   ____   SAT   ____   RPL
2. PROGRAM ASSIGNMENTS
          DATE(S)           TITLE/SHOP
    09/07/20 11/22/20   INDUSTRIES WORKER II
                         TAILOR GARMENT 4
       END REASON: PROMOTED
    11/23/20   /  /     INDUSTRIES WORKER II
                         TAILOR GARMENT 4
       END REASON:



    MAJOR PROGRAM ACCOMPLISHMENT(S):

       (_____)

       (_____)

       (_____)
    REFUSAL TO ACCEPT RECOMMENDED PROGRAMS:

       (_____)
3. DISCIPLINARY HISTORY (INCLUDING TIER/KEEPLOCK/SHU COUNTS)
   *PAY PARTICULAR ATTENTION TO CHARGES 101.10  101.11  101.20  101.21  101.22*
      DATE    CHARGE                    PENALTY



    TOTAL FOR THIS REVIEW PERIOD/TOTAL SINCE LAST ADMISSION:
      TIER II: 000/001  TIER III: 000/000  TOTAL DAYS KEEPLOCK/SHU: 0000/0009
    DISCIPLINARY ADJUSTMENT:

       (                                                    )

       (                                                    )

  GOAL STATEMENT: _____
------------------------------------------------------------------------
  INMATE                                                                 )
  COMMENTS: (                                                            )

       (                                                                 )
  I HAVE REVIEWED THE INFORMATION ON THIS FORM WITH MY CORRECTION ORC
  AND AGREE THAT IT INCLUDES THE KEY FACTS REGARDING MY PROGRAM AND
  INSTITUTIONAL RECORD.
       INMATE: 20A0118    _____    _____
                DIN                     NAME                    DATE
```

N

| Name | ▓▓▓▓▓▓ |
| **Relationship** | ▓▓▓▓ |
| **Address** | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Phone** | ▓▓▓▓▓▓ |

## 3 CLEARANCE

**Outside Clearance**
Ineligible

## 4 PERSONAL DOCUMENTATION

**Social Security Card Status**
No

**Social Security Card Status Date**
2/13/2023

**Birth Certificate Status**
Inapplicable

**Birth Certificate Status Date**
11/20/2020

**Marriage License/Certificate Status**
Inapplicable

**Marriage License/Certificate Status Date**
5/27/2020

**DD214 Military Discharge Status**
Inapplicable

**DD214 Military Discharge Status Date**
5/27/2020

**Alien Status Letter Sent Date**

**Personal Documentation Comments**
BC=I NO MATCH, SSC ERD> 180D 2/13/23

## 5 PREA

**1) Do you have any concerns for your personal safety at this time?**
Not Answered

**2) Do you have any concerns regarding current sexual abuse?**
Not Answered

**3) Are you being forced to have sex in exchange for something?**
Not Answered

**4) Have you been approached to have sex with a staff person?**
Not Answered

**\*\*\*\* If the answer to questions 2, 3, or 4 is YES, ask the offender what happened, when, and who the perpetrator is. Advise the offender that you are going to report the matter and appropriate action will be taken**
?

**\*\*\*\* If the answer to questions 2, 3, or 4 is YES, you are required to immediately report this information to your S.O.R.C. and the Watch Commander whether or not the offender provides you with further details**
?

## 6 OFFENDER PRESENT FOR REVIEW

**Offender Present for Review?**
No - 04 Refused Interview

# Custom Fields

| PERSON | | |
|---|---|---|
| **Name:**<br>KENNETH SMITH | **NYSID:**<br>00194359N | **DIN:**<br>20A0118 |
| **SSN:** | **Race:**<br>Other | **Alternate ID:** |
| **Status:**<br>Open | **Ethnicity:**<br>Unknown | **True Name:** |
| **Date of Birth:**<br>12/22/1984 | **Agency:**<br>NYS DOCCS | |
| **Gender:**<br>Male | **Location:**<br>Clinton CF | |

| 1. PROGRAM EARNED ELIG PLAN |
|---|
| **Academic Program Need** |
| No |
| **Academic Program Status** |
| |
| **Vocational Program Need** |
| Yes |
| **Vocational Program Status** |
| RPL - Required Program List |
| **Work Program Need** |
| Yes |
| **Work Program Status** |
| PPA - Prog Partic Acceptable |
| **Substance Abuse Program Need** |
| Yes |
| **Substance Abuse Program Status** |
| RPL - Required Program List |
| **Aggression Program Need** |
| Yes |
| **Aggression Program Status** |
| RPL - Required Program List |
| **Sex Offender Program Need** |
| No |
| **Sex Offender Program Status** |
| |
| **Transitional Services 1 Need** |
| Yes |
| **Transitional Services 1 Status** |
| SAT - Satisfactory Completion |
| **Transitional Services 2 Need** |
| No |
| **Transitional Services 2 Status** |
| |
| **Transitional Services 3 Need** |
| Yes |
| **Transitional Services 3 Status** |
| RPL - Required Program List |
| **Was Form #3617 Program Refusal Notification completed for any program refusal noted above?** |
| N |
| **If Yes, Form #3617 Completed Date** |

# Case Plan for KENNETH SMITH

**NYSID:** 00194359N

**DIN:** 20A0118

**Strengths:** N/A

**Interests:** N/A

**Medical**

> GOAL: LEARN ABOUT MEDICAL CONDITION

| TASK: SEEK EDUCATION ON SYMPTOM MANAGEMENT | |
|---|---|
| Start Date: | 8/20/2020 |

| ACTIVITY: FOLLOW MEDICAL ADVISE | |
|---|---|
| Start Date: | 8/20/2020 |

**Legal affairs**

> GOAL: SENTENCE REDUCTION

| TASK: FORMULATE APPEAL | |
|---|---|
| Start Date: | 8/20/2020 |

| ACTIVITY: UTILIZE LAW LIBRARY AS MUCH AS POSSIBLE AND THE ASSISTANCE OF CLERKS | |
|---|---|
| Start Date: | 8/20/2020 |

I have read and understand my case plan and the goals that I will be working to achieve. I understand that these goals have been identified to help me succeed.

**Client Signature:** *partial review due to 6/3037 r3*    **Date:** _____

**Officer or Coordinator Signature:** ███████████    **Date:** *11/4/2020*

**Supervisor Signature:** _____    **Date:** _____

```
02/02/21     NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES    PAGE   3
             INMATE REVIEW PACKET                        REVIEW: ▮▮▮▮▮▮▮
DIN: 20A0118    NAME: SMITH, KENNETH               FACILITY: CLINTON GEN
ASSIGNED ORC: RANKIN, B▮▮▮▮▮        PAROLE HEARING DATE: 06/2037 INIT
REVIEW TYPE: SCHEDULED TRANSFR RVW DOB: 12/22/84 REVIEW DATES: 11/02/20-02/01/21
```
-------------------------------------------------------------------------------
SECTION III  RECLASSIFICATION GUIDELINE

G1. PUBLIC RISK SCORE: ▮▮▮

6  A.  CRIMINAL BEHAVIOR:

   5  INSTANT OFFENSE =  1 WEAPON YES  +  4 FORCIBLE CONTACT DEATH

   1  OTHER OFFENSE   =    WEAPON ____  +    FORCIBLE CONTACT UNKNOWN

      CRIME/DATE:  MENACING 3RD/2012

0  B. ESCAPE:    ABSCOND:   BAIL JUMP:    AWOL(MILITARY):   TWO+ SERIOUS:
      NONE/NEVER ON SUPERVISION: 0    SUCCESSFUL PRE-TRIAL RELEASE:

7  C.  TIME TO EARLIEST RELEASE:  > 72 MONTHS
       POSSIBLE ADDITIONAL TIME: NONE

2  D.  PERCENT OF TIME SERVED:   0%-33%

G2. INSTITUTIONAL RISK SCORE:   1

   A.  CURRENT DISCIPLINARY ADJUSTMENT:
       MOST SERIOUS    2ND MOST SERIOUS    3RD MOST SERIOUS
           0      +          0         +         0      =     0 / 3 =    0

   B.  PAST DISCIPLINARY ADJUSTMENT:
       MOST SERIOUS    2ND MOST SERIOUS    3RD MOST SERIOUS
           8      +          0         +         0      =     8 / 6 =    1

G3. OTHER SECURITY CHARACTERISTICS:

   16 ORDER OF PROTECTION          __
   __                              __
   __                              __
   __                              __
   __                              __

G4. EXPLANATION OF OTHER CHARACTERISTICS:
( 16: ORDER OF PROTECTION ISSUED SUFFOLK COUNTY FAMILY COURT DOCKET#18800-17, )
( 18798-17, 187799-17 ISD: 11/19/2019 EXP:8/18/2021.                         )
( _____   )

G5. GUIDELINE RECOMMENDATION: 01 MAX A    PLACEMENT RECOMMENDATION: 01 MAX A

G6. GUIDELINE OVERRIDE REASON: _____

G7. ORC'S FINAL SECURITY CLASSIFICATION DECISION: 01 MAX A

Yellow 4

```
02/08/22      NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES    PAGE   1
                   INMATE REVIEW WORKSHEET (REPRINT)    REVIEW:
DIN: 20A0118   NAME: SMITH, KENNETH                   FACILITY: CLINTON GEN
ASSIGNED ORC: CASTINE, D████        PAROLE HEARING DATE: 06/2037 INIT
REVIEW TYPE: SCHEDULED TRANSFR RVW DOB: 12/22/84 REVIEW DATES: 11/02/21-02/01/22
```

------------------------------------------------------------------------

SECTION I   ASSESSMENT OF INMATE
1. PROGRAM/EARNED ELIGIBILITY PLAN

| | ACAD | VOCA | WORK | SUBST ABUSE | AGGR | SEX | TRANS SVC.1 | TRANS SVC.2 | TRANS SVC.3 |
|---|---|---|---|---|---|---|---|---|---|
| NEEDS | N | Y | Y | Y | Y | N | Y | N | Y |
| REVIEWS | | | | | | | | | |
| 03/21 | ____ | PPA | PPA | RPL | RPL | ____ | SAT | ____ | RPL |
| 05/21* | ____ | PPA | RPL | RPL | RPL | ____ | SAT | ____ | RPL |
| 08/21 | ____ | PPA | RPL | RPL | RPL | ____ | SAT | ____ | RPL |
| 11/21 | ____ | PPA | RPL | RPL | RPL | ____ | SAT | ____ | RPL |
| | PPA - INMATE NOT PRESENT FOR THIS REVIEW | | | | | | | | |
| CURRENT | ____ | PPA | RPL | RPL | RPL | ____ | SAT | ____ | RPL |

2. PROGRAM ASSIGNMENTS
```
        DATE(S)              TITLE/SHOP
    03/22/21  /  /     UNKNOWN
                       UNEMPLOYED/UNASSIGNED (2)
        END REASON:
    05/03/21  /  /     STUDENT
                       CUSTODIAL MAINTENANCE
        END REASON:
```

MAJOR PROGRAM ACCOMPLISHMENT(S):

( _____ )

( _____ )

( _____ )

REFUSAL TO ACCEPT RECOMMENDED PROGRAMS:

( _____ )

3. DISCIPLINARY HISTORY (INCLUDING TIER/KEEPLOCK/SHU COUNTS)
*PAY PARTICULAR ATTENTION TO CHARGES 101.10  101.11  101.20  101.21  101.22*
```
      DATE    CHARGE                  PENALTY
```

TOTAL FOR THIS REVIEW PERIOD/TOTAL SINCE LAST ADMISSION:
   TIER II: 000/001  TIER III: 000/000  TOTAL DAYS KEEPLOCK/SHU: 0000/0009
DISCIPLINARY ADJUSTMENT:

( _____ )

( _____ )

GOAL STATEMENT: _____

------------------------------------------------------------------------

INMATE
COMMENTS: ( _____ )

( _____ )

I HAVE REVIEWED THE INFORMATION ON THIS FORM WITH MY CORRECTION ORC
AND AGREE THAT IT INCLUDES THE KEY FACTS REGARDING MY PROGRAM AND
INSTITUTIONAL RECORD.
   INMATE: 20A0118                                    2/17/22
           DIN            NAME                         DATE

# Custom Fields

| PERSON | | |
|---|---|---|
| **Name:**<br>KENNETH SMITH | **Agency / Location:**<br>NYS DOCCS / Clinton CF | **SSN:** |
| **NYSID:**<br>00194359N | **DIN:**<br>20A0118 | **Alternate ID:** | **True Name:** |
| **Date of Birth:**<br>12/22/1984 | **Race:**<br>Other | **Ethnicity:**<br>Unknown | **Gender:**<br>Male |

## 1. PROGRAM EARNED ELIG PLAN

**Academic Program Need**
No

**Academic Program Status**

**Vocational Program Need**
Yes

**Vocational Program Status**
PPA - Prog Partic Acceptable

**Work Program Need**
Yes

**Work Program Status**
RPL - Required Program List

**Substance Abuse Program Need**
Yes

**Substance Abuse Program Status**
RPL - Required Program List

**Aggression Program Need**
Yes

**Aggression Program Status**
RPL - Required Program List

**Sex Offender Program Need**
No

**Sex Offender Program Status**

**Transitional Services 1 Need**
Yes

**Transitional Services 1 Status**
SAT - Satisfactory Completion

**Transitional Services 2 Need**
No

**Transitional Services 2 Status**

**Transitional Services 3 Need**
Yes

**Transitional Services 3 Status**
RPL - Required Program List

**Was Form #3617 Program Refusal Notification completed for any program refusal noted above?**
No

**If Yes, Form #3617 Completed Date**

## 2. CURRENT EMERGENCY CONTACT INFO

**Emergency Contact Information Changed?**

KENNETH SMITH (00194359N)<br>Northpointe Suite version 8.21.1.16674 ©2022 Northpointe Inc., an equivant company. All rights reserved.

N

**Name**

██████████████

**Relationship**

████████

**Address**

████████████████████████

**Phone**

████████████

## 3. CLEARANCE

**Outside Clearance**

Ineligible

## 4. PERSONAL DOCUMENTATION

**Social Security Card Status**

No

**Social Security Card Status Date**

1/1/1900

**Birth Certificate Status**

Inapplicable

**Birth Certificate Status Date**

11/20/2020

**Marriage License/Certificate Status**

Inapplicable

**Marriage License/Certificate Status Date**

5/27/2020

**DD214 Military Discharge Status**

Inapplicable

**DD214 Military Discharge Status Date**

5/27/2020

**Alien Status Letter Sent Date**

1/1/1900

**Personal Documentation Comments**

BC=I NO MATCH, SSC>120D TO ERD, SINGLE, AND NON-VET; 11/02/2

## 5. PREA

**1) Do you have any concerns for your personal safety at this time?**

No

**2) Do you have any concerns regarding current sexual abuse?**

No

**3) Are you being forced to have sex in exchange for something?**

No

**4) Have you been approached to have sex with a staff person?**

No

**\*\*\*\* If the answer to questions 2, 3, or 4 is YES, ask the offender what happened, when, and who the perpetrator is. Advise the offender that you are going to report the matter and appropriate action will be taken**

Acknowledged

**\*\*\*\* If the answer to questions 2, 3, or 4 is YES, you are required to immediately report this information to your S.O.R.C. and the Watch Commander whether or not the offender provides you with further details**

Acknowledged

## 6. OFFENDER PRESENT FOR REVIEW

**Offender Present for Review?**

KENNETH SMITH (00194359N)
Northpointe Suite version 8.21.1.16674 ©2022 Northpointe Inc., an equivant company. All rights reserved.

Name: Smith, Kenneth____    DIN: 20A0118____    **115.41M Extension**

Med-Fast Sugar-Neuro.

1. Do you have a mental, physical, or developmental disability? __✓__Yes _____ No

2. Do you wish to identify your sexual orientation or gender identity? ___✓__Yes _____ No
   **If Yes, ask A and B. If no, proceed to question 3.**

    A. Are you ___ gay, ___ lesbian, ___ bisexual, ___ transgender,   **Yes** or **No**
      ___ intersex, or ___ gender non-conforming?
      **(Mark all that apply and circle "yes". If inmate is straight/heterosexual, circle "no".)**

    B. Do others perceive you to be: ___ gay, ___ lesbian, ___ bisexual,   **Yes** or **No**
      ___ transgender, ___ intersex, or ___ gender non-conforming?

3. Have you previously experienced sexual victimization?   **Yes** or **No**
   If yes, did the victimization occur, ___ during confinement or ___ in the community?
   - **If yes, offer to refer the inmate to health services and OMH and record answer below. Complete a referral to health services and OMH.**
   - **If inmate discloses sexual victimization during confinement in another facility, including a jail or prison that is not part of DOCCS, ask if the information was reported to that facility and record answer below.**

Notes: _____
_____

4. Do you perceive yourself to be at risk for sexual victimization? **(If yes, please explain) Yes** or **No**
_____
_____


**PREA:**

| | | |
|---|---|---|
| Do you have any concerns for your personal safety at this time? | **No** or Yes | |
| Tiene alguna preocupacion por seguridad personal en este momento? | **No** or Si | |
| | | |
| Do you have any concerns regarding current sexual abuse? | **No** or Yes | |
| Tiene alguna preocupacion sobre el abuso sexual actualmente? | **No** or Si | |
| | | |
| Are you being forced to have sex in exchange for something? | **No** or Yes | |
| Lo estan obligando a tener sexo en intercambio por algo? | No or Si | |
| | | |
| Have you been approached to have sex with a staff person? | **No** or Yes | |
| Se le ha acercado un empleado para tener sexo con usted? | No or Si | |

**Explanation/Explicacion:** _____
_____
_____
_____
_____

**Offender Signature:** _Kenneth Smith_____    **Date:** _____

**ORC Signature:** ████████████ ore    **Date:** 10/28/24

```
08/13/24         NYS DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    PAGE   1
█████████             INMATE REVIEW PACKET                  REVIEW: ████████
DIN: 20A0118    NAME: SMITH, KENNETH                 FACILITY: CLINTON GEN
ASSIGNED ORC: PELLERIN, L███████       PAROLE HEARING DATE: 06/2037 INIT
REVIEW TYPE: SCHEDULED TRANSFR RVW DOB: 12/22/84 REVIEW DATES: 05/02/24-08/01/24
--------------------------------------------------------------------------------
SECTION I    ASSESSMENT OF INMATE
 1. PROGRAM/EARNED ELIGIBILITY PLAN
```

|  |  |  |  | SUBST |  |  | TRANS | TRANS | TRANS |
|---|---|---|---|---|---|---|---|---|---|
|  | ACAD | VOCA | WORK | ABUSE | AGGR | SEX | SVC.1 | SVC.2 | SVC.3 |
| NEEDS | N | Y | Y | Y | Y | N | Y | N | Y |
| REVIEWS |  |  |  |  |  |  |  |  |  |
| 11/23* | ____ | RPL | PPA | RPL | RPL | ____ | SAT | ____ | RPL |
| 02/24 | ____ | RPL | PPA | RPL | RPL | ____ | SAT | ____ | RPL |
| 03/24 | ____ | RPL | PPA | RPL | RPL | ____ | SAT | ____ | RPL |
| 05/24* | ____ | RPL | PPA | RPL | RPL | ____ | SAT | ____ | RPL |
|  |  | * - INMATE NOT PRESENT FOR THIS REVIEW |  |  |  |  |  |  |  |
| CURRENT | ____ | RPL | PPA | RPL | RPL | ____ | SAT | ____ | RPL |

```
 2. PROGRAM ASSIGNMENTS
        DATE(S)            TITLE/SHOP
    03/25/24   /  /    RECREATION AIDE
                       RECREATION (1)
        END REASON:




        MAJOR PROGRAM ACCOMPLISHMENT(S):

         (_____)

         (_____)

         (_____)
        REFUSAL TO ACCEPT RECOMMENDED PROGRAMS:

         (_____)
 3. DISCIPLINARY HISTORY (INCLUDING TIER/KEEPLOCK/SHU COUNTS)
    *PAY PARTICULAR ATTENTION TO CHARGES 101.10  101.11  101.20  101.21  101.22*
       DATE    CHARGE              PENALTY
    04/19/24  116.10  LOSS/DAMAGE PROP   00M 030D  PACKAGE
    04/30/24  116.10  LOSS/DAMAGE PROP   00M 030D  TABLET

       TOTAL FOR THIS REVIEW PERIOD/TOTAL SINCE LAST ADMISSION:
        TIER II: 002/005  TIER III: 000/000  TOTAL DAYS KEEPLOCK/SHU: 0000/0009
       DISCIPLINARY ADJUSTMENT:

         (                                                      )

         (                                                      )

    GOAL STATEMENT: _____
--------------------------------------------------------------------------------
    INMATE
    COMMENTS: (                                                           )

            (                                                           )
    I HAVE REVIEWED THE INFORMATION ON THIS FORM WITH MY CORRECTION ORC
    AND AGREE THAT IT INCLUDES THE KEY FACTS REGARDING MY PROGRAM AND
    INSTITUTIONAL RECORD.
          INMATE: 20A0118    _____    _____
                  DIN              NAME                        DATE
```

```
08/13/24        NYS DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    PAGE    2
                      INMATE REVIEW PACKET              REVIEW:
DIN: 20A0118    NAME: SMITH, KENNETH                    FACILITY: CLINTON GEN
ASSIGNED ORC: PELLERIN, L            PAROLE HEARING DATE: 06/2037 INIT
REVIEW TYPE: SCHEDULED TRANSFR RVW DOB: 12/22/84 REVIEW DATES: 05/02/24-08/01/24
--------------------------------------------------------------------------------
SECTION II   CASE MANAGEMENT INFORMATION
```

5.  EMERGENCY CONTACT INFORMATION:  _ CHANGED

       CURRENT EMERGENCY CONTACT INFORMATION:
       NAME:                              RELATIONSHIP:
       ADDRESS:
       PHONE:
6.  CURRENT OMH/MEDICAL/SECURITY/CMC LEVELS:
       OMH SERVICE LEVEL:          DATE: 08/11/2020    CMC DESIGNATION: NONE
       MEDICAL SERVICE LEVEL:      DATE: 06/20/2024
       SECURITY LEVEL:      MAX 01 DATE: 03/08/2024
7.  NEEDS REFERRAL: N  TO: _____
    COMMENT: (                                                                )
8.  OUTSIDE CLEARANCE: X  INELIGIBLE
       (CHECK ONE)    _ ELIGIBLE - NOT CLEARED
                      _ ELIGIBLE - CLEARED
9.  PERSONAL DOCUMENTATION: Y, N, R(EQUESTED), I(N/A), F(REFUSED), C(ONFIRMED)
       N    SOCIAL SECURITY CARD          __/__/__
       R    BIRTH CERTIFICATE             03/29/24
       I    MARRIAGE LICENSE/CERTIFICATE  05/27/20
       I    DD214 MILITARY DISCHARGE      05/27/20
    COMMENT: (BC REQ 3/24/24; SSC ERD> 180D, SINGLE, NON-VET              )

       ALIEN STATUS: _____        ALIEN STATUS DT: __/__/__
       ALIEN REVIEW STATUS: _____ ALIEN RVW STAT DT: __/__/__
       LETTER SENT: __/__/__
10. DO YOU HAVE ANY CURRENT CONCERNS FOR YOUR PERSONAL SAFETY? N (Y/N)
11. DO YOU HAVE ANY CURRENT CONCERNS REGARDING SEXUAL ABUSE?   N (Y/N)
12. ATTITUDE/BEHAVIOR/GOALS/COMMENTS:

       (                                                            )

       (                                                            )

       (                                                            )
13. INMATE PRESENT FOR REVIEW? Y (Y/N) IF NO, REASON: __ _____
--------------------------------------------------------------------------------
NOTE: REQUESTS BY INMATES FOR INFORMATION LISTED IN THIS SECTION SHOULD BE
HANDLED IN ACCORDANCE WITH F.O.I.L. PROCEDURES AS SET FORTH IN TITLE 7 NYCRR
PART 5 AND DEPARTMENT DIRECTIVE 2010.

VERIFICATION OF INFORMATION PROVIDED BY INMATE:

       (                                                        )

       (                                                        )

  VERIFIED BY:      _____ DATE: __/__/__
--------------------------------------------------------------------------------
```

Suffolk county ~~county~~ clerk

Vincent A. Puleo

310 Center Dr, Riverhead, New York 11901-3392

```
02/13/23      NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES    PAGE   4
                        INMATE REVIEW PACKET                   REVIEW: ████████
DIN: 20A0118    NAME: SMITH, KENNETH                    FACILITY: CLINTON GEN
ASSIGNED ORC: BEZIO, S████████        PAROLE HEARING DATE: 06/2037 INIT
REVIEW TYPE: SCHEDULED TRANSFR RVW DOB: 12/22/84 REVIEW DATES: 11/02/22-02/01/23
```
------------------------------------------------------------------------

SECTION IV    TRANSFER REVIEW

   T1. TRANSFER ELIGIBLE DATE: 02/13/23      HOLD REASON:
       REASON FOR TRANSFER:   99 TRANSFER NOT RECOMMENDED  FACILITY   12/06/23

   T2. REC. SECURITY LEVEL:  01 MAX A OMH SRVC LEVEL: ██   MEDICAL SRVC LEVEL: █
       (SECURITY LEVEL REQUIRED IF SECURITY RECLASS. GUIDELINE IS NOT COMPLETED)

   T3. SPECIFIC FACILITY:

   T4. TRANSFER CONSIDERATIONS:
         ( _____ )
         ( _____ )

   T5. EXPLANATION FOR TRANSFER:
         ( STR GENERATING FOR AREA OF PREFERENCE TRANSFER 01 MAX A TO 01 MAX )
         ( A. I/I DOES NOT WISH TO TRANSFER AT THIS TIME. PRESENT PLACEMENT )
         ( APPROPRIATE.                                                    )
         ( _____ )

   T6. PRIORITY TRANSFER:      N (Y/N)

----------------------------------------------------------------------

ORC:                    ████████████████████    DATE: 2/17/23

SR. ORC:                ████████████████████    DATE: 2/17/23

DEP. SUPT. PROG.:       ████████████████████    DATE: 2/17/23
--------------------                                     ------------------

Serti

```
02/02/21      NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES   PAGE   2
███████          INMATE REVIEW PACKET              REVIEW: ██████████
DIN: 20A0118    NAME: SMITH, KENNETH              FACILITY: CLINTON GEN
ASSIGNED ORC: RANKIN, B████        PAROLE HEARING DATE: 06/2037 INIT
REVIEW TYPE: SCHEDULED TRANSFR RVW DOB: 12/22/84 REVIEW DATES: 11/02/20-02/01/21
--------------------------------------------------------------------------------
SECTION II   CASE MANAGEMENT INFORMATION
```

 5.  EMERGENCY CONTACT INFORMATION:   _ CHANGED

       CURRENT EMERGENCY CONTACT INFORMATION:
       NAME: NONE                          RELATIONSHIP:
       ADDRESS:
       PHONE:
 6.  CURRENT OMH/MEDICAL/SECURITY/CMC LEVELS:
       OMH SERVICE LEVEL:      █      DATE: 08/11/2020   CMC DESIGNATION: NONE
       MEDICAL SERVICE LEVEL: █       DATE: 04/16/2020
       SECURITY LEVEL:      MAX 01 DATE: 01/28/2020
 7.  NEEDS REFERRAL: N  TO: _____
       COMMENT:(                                                          )
 8.  OUTSIDE CLEARANCE: X  INELIGIBLE
       (CHECK ONE)    _  ELIGIBLE - NOT CLEARED
                      _  ELIGIBLE - CLEARED
 9.  PERSONAL DOCUMENTATION: Y, N, R(EQUESTED), I(N/A), F(REFUSED), C(CONFIRMED)
       N    SOCIAL SECURITY CARD            __/__/__
       I    BIRTH CERTIFICATE               11/20/20
       I    MARRIAGE LICENSE/CERTIFICATE    05/27/20
       I    DD214 MILITARY DISCHARGE        05/27/20
       COMMENT:(BC=I NO MATCH, SSC>120D TO ERD                             )

       ALIEN STATUS: _____        ALIEN STATUS DT: __/__/__
       ALIEN REVIEW STATUS: _____ ALIEN RVW STAT DT: __/__/__
       LETTER SENT: __/__/__
10.  DO YOU HAVE ANY CURRENT CONCERNS FOR YOUR PERSONAL SAFETY? N (Y/N)
11.  DO YOU HAVE ANY CURRENT CONCERNS REGARDING SEXUAL ABUSE?   N (Y/N)
12.  ATTITUDE/BEHAVIOR/GOALS/COMMENTS:

       (                                                          )

       (                                                          )

       (                                                          )
13.  INMATE PRESENT FOR REVIEW? Y (Y/N) IF NO, REASON: __ _____
--------------------------------------------------------------------------------
NOTE: REQUESTS BY INMATES FOR INFORMATION LISTED IN THIS SECTION SHOULD BE
HANDLED IN ACCORDANCE WITH F.O.I.L. PROCEDURES AS SET FORTH IN TITLE 7 NYCRR
PART 5 AND DEPARTMENT DIRECTIVE 2010.

VERIFICATION OF INFORMATION PROVIDED BY INMATE:

       (                                                          )

       (                                                          )

VERIFIED BY: _____ DATE: __/__/__
--------------------------------------------------------------------------------
```

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO.<br>A-1292-25 | DATE FILED<br>6/4/25 |
|---|---|---|
| | FACILITY<br>Attica CF | POLICY DESIGNATION<br>INSTITUTIONAL |
| INCARCERATED GRIEVANCE PROGRAM | TITLE OF GRIEVANCE<br>ISSUES WITH OMH TREATMENT | CASE CODE<br>22 |
| **SUPERINTENDENT RESPONSE** | SUPERINTENDENT'S SIGNATURE<br>*[signature]* | DATE<br>6/4/25 |
| GRIEVANT<br>Smith, K. | DIN<br>20A0118 | HOUSING UNIT<br>D-42-7 |

The grievant asserts that they are not receiving adequate OMH treatment.

The grievant is advised that OMH is a separate entity, not under the jurisdiction of DOCCS, and in accordance with Directive #4040, §701.3 (e) and (f), your complaint was forwarded to the OHM Unit Chief for whatever remedial action is deemed appropriate.

This Superintendent's response completes the IGP process and there is no further appeal available.

Based on the investigation, the grievant's action request is accepted to the extent that his complaint is being forwarded to the appropriate entity.

---

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent, please sign below and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please provide a reason why you are appealing this decision to CORC.

_____

_____

_____

_____

| | |
|---|---|
| GRIEVANT'S SIGNATURE | DATE |
| GRIEVANCE CLERK'S SIGNATURE | DATE |

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (12/21)

0062-25

1/7/2025
Kenneth L Smith DIN 20A0118
Location 34-34
C-Block

To Grievances

I am writing to Grievance because I am Having issue with the Mail Room Sending out my mail. I Have Several letter From my lawyer saying SHe is not Receiving my mail when I Know I Have sent out mail to my lawyer. I am not understanding why my mail is not being sent out. I Have not giving you guys any problem Since I been Here. So why am I HAVING problems with my mail going out. This is my Freedom on the line and I Do not wish to continue Staying in prison on the Account of NO ONE. So please RespectFully All I ASK is For Attica Mail Room to sent my mail Out to the place it is going to with out any issue or problems. And not throw my mail out on the Account of Evilness. Please RespectFully All I am asking is For my mail to be Sent Out and not throwing out. my other issue and problem is notary Attica prison Has made it Hard to get A notary. I wrote Several letters to law library asking For A notary but I Have not gotten any callouts For notary. It is Becoming A problem Because I can't get the thing that I need to get done so that my lawyer can do Her Job. I am Asking RespectFully to make notary Acessible to me and other Inmates who is trying to get legal work done.

Kenny Smith

NEW YORK STATE | **Department of Corrections and Community Supervision**

KATHY HOCHUL
Governor

DANIEL F. MARTUSCELLO III
Commissioner

## MEMORANDUM

2070118

C34-34

TO: SMITH, K

FROM: IGRC

DATE: IGRC  JAN 10 2025

RE: GRIEVANCE SUBMITTAL

Today, this office has received your complaint dated _____.

☐ It has been logged as Grievance # **0062-25**, Code **3** and titled, **Mail Not Sent**. You will be scheduled for an IGRC hearing once the investigation has been completed.

☐ It has been consolidated as a "Like" grievance with Grievance # _____

_____

☐ It has been logged as Grievance # _____, a Code 49 and titled, _____. It has been passed through to the Superintendent and you will receive a response directly from the Superintendent once the investigation has been completed.

☐ It is being returned to you as the incident you referred to occurred on _____, which is beyond the 21-day time for filing a grievance, per Directive #4040 §701.5 (a)(1). No further action will be taken regarding this grievance.

Copies of grievances or supporting documentation should be requested via the FOIL Officer in accordance with Directive #2010.

cc:  File
     Attachment

Attica Correctional Facility, 639 Exchange Street, Attica, NY 14011-0149 | 585-591-2000 | www.doccs.ny.gov

Friday may 30, 2025
Kenneth L Smith DIN 20A0118
Locatio D-Block-42-7

To Grievance

I am writing to Grievance Because MENTAL HEALTH HAS caused me to lose my opportunity To get my freedom Back. The Reason for my complaint is Because I HAVE Been going To mental Health since the first Day i Arrived At clinton correctional Faculity in mach 14, 2020 to living At Attica correctional Faculity, MAY, 2025. A total of NINE years I HAVE Been participating in mental Health AND All those Hours I spent pouring out my Heart and personal life and the crime that cause me to come to prison. All those Hours of me Speaking about All that pain And suffering and problems I went through with my Step-mother And my DAD And my Grandmother and my biological mother and The mother of my three children. NONE of my childhood or ADULTHOOD conversations was never recorded. It was still a waste of time because I Had To find out that Every one of my mental Health counselors I saw starting with clinton to Attica was to lazy to take some notes and record the conversation I was having with the counselor. But the mental Health ONLY focus was their monthly Assessment. There was not one word from any of my conversation speaking About my personal life or File - what is the point of Having A mental Health counselor if the mental Health counselor is only concern with writing down their monthly Assessment And disregarding All of my personal conversation. Real mental Health write down notes and keep record of Each conversation. They don't just Do a monthly Assessment and Skip the conversation. But problem is you Have Bad people Filling in these Job positions so they can control Everything. Question why isn't their any black mental Health counselors or Guidance counselors? Because the truth is NONE of the people who are work in corrections Care for me or any other Inmate. To me it Seems like the Staff members is focus on Staying away from us because of that bullshit they are being told. I Don't know what is being said but these mental Health counselor and Guidance counselor and NWse are scaret To Do there Job. And Because of that nothing is being Done correctly And that is A problem. Because i lost my chance at getting a time cut or re-sentence Because my Lawyer Ms. karen G. Leslis is withdrawing From my case/440.47 motion Due to Failure to provide Documentation From mental Health that would Have backed up what i was telling my lawyer. All the conversations I Had with mental Health About my past trauma (PTSD). There is nothing in the mental Health records that Shows that i Had past trauma (PTSD it is only the monthly Assessment Which my lawyer can not present that to the Judge. And for the Reason Ms. Leslis Had to Remove Herself off my case (motion.

read - 1



**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Commissioner

*D 42-7*

**MEMORANDUM**

*2 0 A 0 1 1 8*

TO: *Sae i fity K*

FROM:    IGRC    *IGRC*

DATE:    JUN 04 2025

RE:    GRIEVANCE SUBMITTAL

Today, this office has received your complaint dated _____.

☐ It has been logged as Grievance # *1 2 9 2 - 2 5*, Code _____ *22* _____ and
titled, *ISS 25 w/ over transfer.* You will be scheduled for an IGRC hearing
once the investigation has been completed.

☐ It has been consolidated as a "Like" grievance with Grievance #
_____

☐ It has been logged as Grievance # _____, a Code 49 and
titled, _____. It has been passed through to the
Superintendent and you will receive a response directly from the Superintendent once the
investigation has been completed.

☐ It is being returned to you as the incident you referred to occurred on
_____, which is beyond the 21-day timeline for filing a grievance, per
Directive #4040 §701.5 (a)(1). No further action will be taken regarding this grievance.

Copies of grievances or supporting documentation should be requested via the FOIL Officer in
accordance with Directive #2010.

cc:    File
       Attachment

3319-24

December 22, 2024
Kenneth L Smith DIN 20A0118
BirthDAY Gift - DOB 12/22/1984
Location C Block B4-34

TO Grievances

Hello To EVERYone And GOOD Greeting I come In PEACE I want No PROBLEM
But the REASON WHY I AM writing to you is because my lawyer and myself
Have been trying to get my mental Health Records And the mental Health
Counselor that came to my block the other day told me SHE can not Send
My mental Health Records to my lawyer - NOW MY PROBLEM IS WHEN I ASK IF
I CAN GET MY MENTAL HEALTH RECORDS THE Counselor SAID YES - BUT I
HAVE TO PAY $1.75 (SEVENTY FIVE CENTS) FOR EACH PAGE NOW THAT IS CRAZY
Because I cant Afford the $300.00 (THREE Hundred dollars) for copy. And I dont
EVEN HAVE A JOB And I CAN BET my life on it that Even IF I HAD A JOB.
A DAYS PAYS would not cover The cost of the Copy Fee. I am trying And
Doing WHAT I can to go Home And not being Able to Afford my mental Health
Record could prevent me From getting out of prison. I could understand
IF I was blowing AKA Spending Three or four Hundred Dollars ($300.00 or $400.00)
AT Commissary EACH Trip. Then it would not be A Problem But I am
not one of those Inmates who CAN Do that. I can barely Afford to
buy the things I need for Food And Cosmetic How can I Afford to
PAY .75 SEVENTY Five cents A PAGE. All I Am Asking Is CAN Someone
Help me by bringing the price Down to WHERE I can Afford to pay
For the Copying Fee. I AM not trying to give nobody A HARD time I am
Just working to get myself out of prison That is it. I would HighLLY
Appreciate This getting Resolved Soon because my lawyer Have Been
trying to get the records for AWHIle now I CAN Afford FIVE oR TEN Cents
A COPY I PREFER (FIVE Cents .5)

        I THANK You For your Time

                    Kenneth Smith  12/22/2024

**NEW YORK STATE** | **Department of Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Commissioner

C34-34

## MEMORANDUM

2040018

TO: SMITH, K

FROM: IGRC

DATE: IGRC
DEC 2 6 2024

RE: GRIEVANCE SUBMITTAL

Today, this office has received your complaint dated _____.

☐ It has been logged as Grievance # _3310-24_, Code _22_ and titled, _Mental Health Records_. You will be scheduled for an IGRC hearing once the investigation has been completed.

☐ It has been consolidated as a "Like" grievance with Grievance # _____.

☐ It has been logged as Grievance # _____, a Code 49 and titled, _____. It has been passed through to the Superintendent and you will receive a response directly from the Superintendent once the investigation has been completed.

☐ It is being returned to you as the incident you referred to occurred on _____, which is beyond the 21-day time line for filing a grievance, per Directive #4040 §701.5 (a)(1). No further action will be taken regarding this grievance.

Copies of grievances or supporting documentation should be requested via the FOIL Officer in accordance with Directive #2010.

cc:     File
        Attachment

Tuesday, June,3, 2025

Kenneth L Smith Din 20A0118

D-Block-42-7

To Grievance

I am writing to grievance because I am seriously contemplating on filing an lawsuit against mental Health because not once Has any of the mental Health counselors asked me Anything about my personal life or what cause me to Do the crime that I allegedly did to come to prison. Neither did any of the mental Health counselors ask me anything about how I am going to change or do better so that History Don't repeat itself if the mental Health department is to Help me. How can they do so without having any understanding or knowledge of who I am or what my past life was like and what are my dreams and goals to Have a successful and brighter future. And since there is no records to show that the mental Health counselors are doing there civil duties as someone who is licensed and certified under the New York state law. I will gladly go foward with a lawsuit against the department of mental Health and the mental Health counselors. And just for the record a monthly assessment asking me if I am feeling suicidal or Homicidal towards other inmates or staff members. Anyone can do that without having a license or certificate as well as asking the other senseless questions that doesn't mean nothing. I Do Have all my mental Health records you sent my lawyer Ms. leslis and what Do you know it is only says The same monthly assessment saying the same thing on each assessment but the only thing is that the years are different and they are making it look like I Have said the same thing for six years. So can someone tell me what went wrong with this picture.

*Kenneth*                    Tuesday, June,3, 2025

CARBON COPY

Respectfully Do Not Throw my mail out
It is unlawful



**Office of Mental Health**
Central New York Psychiatric Center

**K**ATHY HOCHUL
Governor

ANN MARIE T. **S**ULLIVAN, M.D.
Commissioner

Charges for Reproduction

June 25, 2025

Attica CF
20A0118-SMITH, Kenneth 0D-42-07

Re: Request for Clinical Records

I am in receipt of your request to obtain your mental health records.  With regard to your request, the following fee is required prior to release of information.  Please make Disbursement form payable to Central New York Psychiatric Center and return to the Attica Mental Health Unit. Disbursement form needs to be stamped by the Hall Captain.

Number of pages 82 at $.75 per page       Total     $61.50

If you have any questions, please feel free to contact me.

_____
Ms. D. Tetro, Unit Chief

Enc.
DT/gn

**A FACILITY OF THE OFFICE OF MENTAL HEALTH**

Satellite Unit @ Attica Correctional Facility | P.O. Box 149, Exchange Street | Attica, NY  14011
P  585-591-2000, x1200 | F  585-591-2506

LAW OFFICES OF
## KAREN G. LESLIE
P.O. BOX 624
RIVERHEAD, NEW YORK 11901
(631) 727-7660

Kenneth L. Smith
DIN 20-A-0118
Attica Correctional Facility
639 Exchange Street
Attica New York 14011                    May 19, 2025

Re: <u>People v. Kenneth L. Smith</u>

Ind. 22531 replaced by 70151/17

Dear Mr. Smith:

I hope you are doing well. As you know, the Supreme Court Suffolk County has assigned me as legal counsel for your application for resentencing under the Domestic Violence Survivors Justice Act ("DVSJA") which you had filed pro se. I received the results of what Corrections gave me in response to the releases you signed. It is attached. But having evaluated the heart of your case, - and the statute itself—I come to the conclusion that you cannot make out the requirements of being a "victim" within CPL § 440.47. Consequently, I am asking for permission to withdraw your application for resentencing at this time, with the ability to refile it at a later date.

As I previously explained in our call and in letters, I do not believe we have recovered enough evidence corroborating any abuse and close in time to the offense to file a resentencing application on your behalf. Therefore, I am asking that you sign a Stipulation of Withdrawal, agreeing to have your DVSJA case discontinued. You will see that the Stipulation asks the Court to discontinue the case "without prejudice." If the Court agrees to this, it will allow you to re-file

1

LAW OFFICES OF
KAREN G. LESLIE
P.O. Box 624
RIVERHEAD, NEW YORK 11901
(631) 727-7660

Kenneth L. Smith
DIN 20-A-0118
Attica Correctional Facility
639 Exchange Street
Attica, New York 14011

December 30, 2024

People v. Kenneth L. Smith

Ind. 2253/17

Dear Mr. Smith:

I am again sending you another HIPAA release, sign it where the yellow highlighting appears and on the institutional one sign and get it notarized and return to me. I cannot help you unless you cooperate and let me do my job. The HIPAA ( medical) one is for me to send to Dr. Bardey so he can release your records to me and talk to me. The institutional one I need it so I can send to your institution.  I have sent you countless releases 12/2, 12/18, 12/26, none of which you returned to me. It is very frustrating. You are delaying this.

Sincerely,

Karen G. Leslie

LAW OFFICES OF
KAREN G. LESLIE
P.O. BOX 624
RIVERHEAD, NEW YORK 11901
(631) 727-7660

ll

Kenneth L. Smith
DIN 20-A-0118
Attica Correctional Facility
639 Exchange Street
Attica New York 14011                    December 26, 2024

People v. Kenneth L. Smith

Ind. 2253/17

Dear Mr. Smith:

I have continuously asked you to return the releases I asked you to sign. I received your letter dated December 22 – another letter from you with no releases. Mr. Smith, do you understand I cannot help you without you cooperating? If you continue to not cooperate I will have to move to withdraw. Sign these releases sent to you previously and return them TO ME. I don't know why you are engaging with counselors who are asking you for copying charges. I told you the same thing when we talked on the phone 12/16. They are to be signed by you and returned to me. The HIPAA ONE DOES NOT NEED TO BE NOTARIZED ONLY THE ONE FOR YOUR FACILITY. Here again is a copy of what you have to execute AND RETURN TO ME. Also another HIPAA release. Understand that every time I send you a letter certified it is $10.00 because you are not cooperating, I cannot make it simpler. For me to help you, you have to cooperate.

Sincerely,

Karen G. Leslie

LAW OFFICES OF
### KAREN G. LESLIE
P.O. BOX 624
RIVERHEAD, NEW YORK 11901
(631) 727-7660

Julie Wolcott
 Superintendent
Attica Correctional Facility
639 Exchange Street
Attica, New York 14011

December 30, 2024

Re:   Kenneth L. Smith

DIN 20-A-0118

Dear Superintendent Wolcott:

 Your inmate records department requires a notarized release from my client Kenneth L.
Smith to supply me with all his institutional records.  Your institution I am advised, refuses
to provide a notary to Mr. Smith. Ms. Frew needs a notarized release from him. This is
delaying his relief. Can you also please tell me why they refuse to provide any records to
him unless he pays .75 cents per page? Unfortunately, I see no reason for either of those
impediments so can you please tell me a way to expedite this for Ms. Frew in Inmate
records? Or perhaps she is the wrong person  for me to get all his records? Thank you.

Sincerely,

Karen G. Leslie

cc: Kenneth L. Smith
    DIN 20-A-0118

## V.  SEARCH/DISCLOSURE PROCEDURES

A.  <u>Training</u>:  To schedule FOIL training for Department staff on standards of disclosure, and reviewing and redacting records, contact the Department's Records Access Officer or the Central Office FOIL Unit.

B.  <u>Time Requirements</u>

1.  The custodian/Records Access Officer must acknowledge all FOIL requests in writing within five business days of receipt.  Prior to acknowledging a request, the custodian/Records Access Officer should search for the requested record and provide a final response, if possible.

2.  If circumstances prevent a determination or disclosure to the requester within 20 business days from the date of the acknowledgment of the receipt of the request, the Assistant Records Access Officer shall advise the requester in writing of both the reason for the inability to grant the request within 20 business days and a date certain, within a reasonable time period, when the request will be granted in whole or in part.

C.  <u>Obtaining Records</u>:  Program areas are required to assist the custodian/Records Access Officer with a search for records and must provide complete, unredacted records to the custodian/Records Access Officer expeditiously.  Any concerns regarding whether a record should be released must be expressed to the custodian when records are provided.  If a program area is unresponsive or refuses to provide records, the Deputy Superintendent or Bureau Chief responsible for the supervision of the program area should be notified.  If a resolution is not reached, the Central Office FOIL Unit should be contacted for assistance.

D.  <u>Issuing a Response</u>:  The custodian/Records Access Officer shall determine whether records are releasable and whether disclosure can be made in whole or in part and provide an appropriate response.  If a record is not found, the Records Access Officer must certify that the record does not exist, cannot be found after a diligent search, or is in the custody of another specified agency.

E.  <u>Standards of Disclosure</u>:  Requesters are entitled to all records of the Department except those records or portions thereof which are exempt pursuant to Public Officers Law § 87(2).

F.  <u>Discretionary Disclosure of Exempt Records</u>

1.  A record's possible exemption from public disclosure under the Public Officers Law does not necessarily prohibit its disclosure.  The Department has the discretion to disclose all records except when specifically prohibited by State or federal statute.

2.  When the Department receives a request for records which it may disclose at its discretion, the custodian should determine whether the request is for a legitimate governmental or other purpose.  If the custodian is uncertain whether the purpose is valid or whether the request should be honored, they should consult with the facility Superintendent or the Deputy Commissioner with jurisdiction over the subject matter of the record in question.

3.  The Office of Counsel should be consulted if there are questions about legal restrictions on disclosure.

G.  Fees

1.  The fee for photocopies of a Department record shall be 25 cents per page.  No fees should be charged for review of records, and no fees should be charged for postage.

    Scanned or other digital records shall be provided by email or on an electronic medium (such as CD or DVD) whenever possible.  No fee may be charged for digital records.

2.  For data extractions (e.g., data compilations created by the Office of Information Technology Services (ITS) or Program Planning, Research, and Evaluation), the agency may charge the actual cost of reproducing a record if over two hours of staff time is required to make the records available, or an outside professional service must be retrained to prepare a copy of the requested record.  Video and audio records are not included in this category (see Public Officers Law Section 87(1)(c) for fee provisions).

3.  The fee for video and audio records shall be no greater than $3.00 or the cost of the storage medium, for each CD, DVD, cassette, or other tool, as determined by the Superintendent or designee.  Any increase from this cost determination must be approved by the Central Office FOIL Unit.

4.  The fee <u>shall</u> be waived when the documents are being provided to an agency of the federal, State, or local government and when the documents are being provided to a public defender who is representing an incarcerated individual accused of a crime committed during their incarceration.  The fee <u>may</u> be waived in the discretion of the custodian/Records Access Officer when circumstances warrant it.

5.  An invoice should be issued when the Assistant Records Access Officer provides records, and fees due should be tracked by request.  If a requester previously failed to pay for records within a reasonable time, the custodian may refuse to process future requests.  Requesters should be notified in advance if records exceed 50 pages, when they have not specified an amount that they are willing to pay for the records (fees for incarcerated individual requests must be collected prior to the release of records).

6.  Upon receipt of fees, the custodian/Assistant Records Access Officer should forward the payment to the Business Office for processing.  For Community Supervision Area Offices, payment should be forwarded to the Central Office Finance Unit.

VI.  **APPEALS/CHALLENGES**

A.  Appeals

1.  Any person whose application to inspect or obtain a copy of a Department record has been denied in whole or in part (including deletions) may, within 30 days of such denial, appeal to:

    FOIL Appeals, The Office of Counsel
    Department of Corrections and Community Supervision
    1220 Washington Avenue, Albany, NY, 12226-2050

## AFFIDAVIT OF SERVICE OF MAILING

STATE OF NEW YORK                    )

COUNTY OF Wyoming _____ ) ss.:

Kenneth L Smith _____ , being duly sworn, deposes and says:

On the 1st day of October _____ , 20 25 , I served a true copy of the

annexed motion paper, Affidavit _____ by mailing the same in a sealed envelope, with

postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the

State of New York, addressed to the last known addressee(s) as indicated below:

*(Insert here the name[s] and address[es] of the person[s] to whom you are mailing the papers being filed with this Court. If necessary, attach extra pages for additional names and addresses.)*

| Name & Address | Name & Address |
|---|---|
| ATTICA Correctional facility 639 Exchange Street, ATTICA, new York, 14011-0149 | ms. D. Tetro unit Chief of mental Health Department 639 Exchange Street, ATTICA, new York, 14011-0149 |
| Attica Correctional Facility mental Health Department 639 Exchange Street, Attica, new York, 14011-0149 | |
| Super Intendent J-Wolcott 639 Exchange Street, ATTICA, new York, 14011-0149 | |
| Assistant Deputy Super Intendent For mental Health programs S. Zywar 639 Exchange Street, ATTICA new York, 14011-0149 | |
| mental Health Department Clerila 639 Exchange Street, ATTICA, new York 14011-0149 | |
| ms. Hall mental Health Counselor 639 Exchange Street, ATTICA, new York, 14011-0149 | |

(Signature) _Kenneth L Smith_

(Print Name) Kenneth L Smith

Sworn to before me this 1st

day of OCTOBER , 2025 .

_____
Notary Public

ANTHONY J EHRENREICH
Notary Public, State of New York
Registration # 01EH0016932
Qualified in Erie County
Commission Expires 11/27/27

Revised:    September 18, 2018

Sunday, October 10, 2025
Kenneth L. Smith DIN 20A0118
Attica Correctional Facility
D-42-7

To United States District Court
Western District of New York
ATTN: Court Clerk

I Kenneth L Smith is sending you some pages from the (ORC) Guidance
Records. That the Attica correctional facility sent to my lawyer.
Instead of my mental Health Records which was need to
Fight my CASE/ 440.47. I thank you For your time
And all the Hard work you Do.